Printed: 7/15/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 5/16/2005 through 7/14/2005

Page 1 of 2

**SBI:** 00548973    **NAME:** YARNALL, DAVID S

| Date | Balance |
|---|---|
| 05/16/2005 | $50.00 |
| 05/17/2005 | $50.00 |
| 05/18/2005 | $32.18 |
| 05/19/2005 | $32.18 |
| 05/20/2005 | $32.18 |
| 05/21/2005 | $32.18 |
| 05/22/2005 | $32.18 |
| 05/23/2005 | $32.18 |
| 05/24/2005 | $32.18 |
| 05/25/2005 | $103.02 |
| 05/26/2005 | $103.02 |
| 05/27/2005 | $103.02 |
| 05/28/2005 | $103.02 |
| 05/29/2005 | $103.02 |
| 05/30/2005 | $103.02 |
| 05/31/2005 | $103.02 |
| 06/01/2005 | $47.34 |
| 06/02/2005 | $47.34 |
| 06/03/2005 | $47.34 |
| 06/04/2005 | $47.34 |
| 06/05/2005 | $47.34 |
| 06/06/2005 | $47.34 |
| 06/07/2005 | $47.34 |
| 06/08/2005 | $12.54 |
| 06/09/2005 | $12.54 |
| 06/10/2005 | $62.54 |
| 06/11/2005 | $62.54 |
| 06/12/2005 | $62.54 |
| 06/13/2005 | $62.54 |
| 06/14/2005 | $62.54 |
| 06/15/2005 | $56.54 |
| 06/16/2005 | $56.54 |
| 06/17/2005 | $56.54 |
| 06/18/2005 | $56.54 |
| 06/19/2005 | $56.54 |
| 06/20/2005 | $56.54 |
| 06/21/2005 | $56.54 |
| 06/22/2005 | $37.52 |
| 06/23/2005 | $37.52 |
| 06/24/2005 | $37.52 |
| 06/25/2005 | $37.52 |
| 06/26/2005 | $37.52 |
| 06/27/2005 | $62.52 |
| 06/28/2005 | $53.77 |
| 06/29/2005 | $39.41 |
| 06/30/2005 | $39.41 |
| 07/01/2005 | $39.41 |
| 07/02/2005 | $39.41 |

Printed: 7/15/2005

## Average Daily Balance For Pauper Filing

*For Days the Individual was in Residence at SCI from 5/16/2005 through 7/14/2005*

Page 2 of 2

**SBI:** 00548973   **NAME:** YARNALL, DAVID S

| Date | Balance |
|---|---|
| 07/03/2005 | $39.41 |
| 07/04/2005 | $39.41 |
| 07/05/2005 | $39.41 |
| 07/06/2005 | $46.03 |
| 07/07/2005 | $46.03 |
| 07/08/2005 | $46.03 |
| 07/09/2005 | $46.03 |
| 07/10/2005 | $46.03 |
| 07/11/2005 | $46.03 |
| 07/12/2005 | $46.03 |
| 07/13/2005 | $46.03 |
| 07/14/2005 | $46.03 |

Summary for 'SBI' = 00548973 (60 detail records)   **Average Daily Balance:** $51.76

## Prior Month -- Individual Statement

Date Printed: 7/15/2005                                                                 Page 1 of 1

## For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00548973 | YARNALL | DAVID | S | | | |
| Current Location: | PRE-TRIAL UNIT 5 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Committed | | 5/12/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Visit MO | CAN'T MAKE OUT NA | 5/16/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $30.00 |
| Mail MO | TRISH STRESS | 5/16/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $50.00 |
| Commissary | | 5/18/2005 | ($17.82) | $0.00 | $0.00 | $0.00 | $32.18 |
| Visit MO | BULLARD? | 5/25/2005 | $100.00 | $0.00 | $0.00 | $0.00 | $132.18 |
| Commissary | | 5/25/2005 | ($29.16) | $0.00 | $0.00 | $0.00 | $103.02 |
| | | | | | | Ending Mth Balance: | $103.02 |

# Prior Month -- Individual Statement

Date Printed: 7/15/2005

Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $103.02 |
|---|---|---|---|---|---|---|
| 00548973 | YARNALL | DAVID | S | | | |
| Current Location: | PRE-TRIAL UNIT 5 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 6/1/2005 | ($55.68) | $0.00 | $0.00 | $0.00 | $47.34 |
| Copies | | 6/2/2005 | $0.00 | $0.00 | ($7.00) | $0.00 | $47.34 |
| Copies | | 6/2/2005 | $0.00 | $0.00 | ($1.75) | $0.00 | $47.34 |
| Commissary | | 6/8/2005 | ($34.80) | $0.00 | $0.00 | $0.00 | $12.54 |
| Visit MO | BILLARD? | 6/10/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $62.54 |
| Commissary | | 6/15/2005 | ($6.00) | $0.00 | $0.00 | $0.00 | $56.54 |
| Commissary | | 6/22/2005 | ($19.02) | $0.00 | $0.00 | $0.00 | $37.52 |
| Visit MO | MARESSA BULLARD? | 6/27/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $57.52 |
| Mail MO | TRICIA STRESS | 6/27/2005 | $5.00 | $0.00 | $0.00 | $0.00 | $62.52 |
| Copies | | 6/28/2005 | ($7.00) | $0.00 | $0.00 | $0.00 | $55.52 |
| Copies | | 6/28/2005 | ($1.75) | $0.00 | $0.00 | $0.00 | $53.77 |
| Commissary | | 6/29/2005 | ($14.36) | $0.00 | $0.00 | $0.00 | $39.41 |
| | | | | | | Ending Mth Balance: | $39.41 |

# Current Month -- Individual Statement

Date Printed: 7/15/2005     Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Begin Mth Balance: | $39.41 |
|---|---|---|---|---|---|---|
| 00548973 | YARNALL | DAVID | S | | | |
| Current Location: | PRE-TRIAL UNIT 5 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Visit MO | MARESSA BULLARD | 7/6/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $59.41 |
| Commissary | | 7/6/2005 | ($13.38) | $0.00 | $0.00 | $0.00 | $46.03 |
| | | | | | | Ending Mth Balance: | $46.03 |

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00