ORIGINAL

(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

```
FILED

JUL 22 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

(1) _DAVid S. Hornall_    _548973_
  (Name of Plaintiff)      (Inmate Number)
_Sussex Correctional Institution_
_P.O. Box 500_
_Georgetown VA 19947_
    (Complete Address with zip code)

:
:
:
:
:
:
:

(2)_____
  (Name of Plaintiff)      (Inmate Number)

:
:

    **05 - 527**

_____
    (Complete Address with zip code)

:
:

    (Case Number)
( to be assigned by U.S. District Court)

(Each named party must be listed, and all names
must be printed or typed.  Use additional sheets if needed)

:
:
:
:

    vs.

:

    **CIVIL  COMPLAINT**

(1)_Cpl. Anthony Mendez_
(2)_Deleware State Police - Troop 7_ _Sussex county_
(3)_Millsboro Police Department_
    (Names of Defendants)

:
:
:
:
:
:

  ✓ Jury Trial Requested

(Each named party must be listed, and all names
must be printed or typed.  Use additional sheets if needed)

:
:
:

**I.**    **PREVIOUS LAWSUITS**

    A.      If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

    _N/A_

## II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?    • • Yes    • • No    *N/A*

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?    • • Yes    • • No    *N/A*

C.    If your answer to "B" is Yes:

  1.    What steps did you take? *N/A*

  2.    What was the result? *N/A*

D.    If your answer to "B" is No, explain why not: *N/A*

## III.    DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: *Anthony Mendez*
Employed as *State Trooper* at *Troop 7*
Mailing address with zip code: *1304 Highway ONE*
*Lewes, DE 19958*

(2) Name of second defendant: *State Police - Troop 7 of Delaware*

Employed as _____ at _____
Mailing address with zip code: *1304 Highway ONE*
*Lewes, DE 19958*

(3) Name of third defendant: *Millsboro Police Dept.*

Employed as _____ at _____
Mailing address with zip code: *Millsboro DE, 19966*
*307 Main St Millsboro DE 19966*

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. 5-11-05 - I, David Scott Yarnall was struck twice on the head from a Maglite Flashlight, while hand-cuffed by State Trooper Anthony Mendez. This took place in a grassy lot next to Grotto's Pizza on Long Neck Rd in Millsboro DE, 19966.

2. I was taken to BeBee Medical Center in Lewes De. for a CAT scan And received 11 staples in my scalp.

3.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I, David Scott Yarnell am seeking $8.5 million dollars pain, suffering + damages

3

2. _____

_____

_____

_____

_____

_____

3. _____

_____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ____5____ day of ____July_____, 2_005_.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

548973

I/M: David S. Greenle BLDG. S/25

SUSSEX CORRECTIONAL INSTITUTION

P.O. BOX 500

GEORGETOWN, DELAWARE 19947

U.S. POST
1495
7985
3305
$02.4
FROM ZIP

Clerk
U.S. District Court
Lock Box 18
844 N King St
Wilmington De    19801