# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

David S. Yarnall
_____
Plaintiff/s

V.

Cpl Anthony Mendez
_____
Defendant/s

Civil Action No.: 05-527

MOTION FOR __Appointment of Counsel__

COMES NOW, the Plaintiff, __David S. Yarnall__, pro se who pursuant to __Title 28 U.S.C.A. § 1915__, moves this Honorable Court to grant this motion. In support, the following facts are asserted;

because I don't have the know how and schooling to pursue this law suit. I need help please.

**FILED**

AUG -5 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

/s/ Yarnall  7/29/05

# CERTIFICATE OF SERVICE

I, David S. Yarnall, hereby certify that I have served a true and correct copy of the attached motion upon the following party, on the 22 day of July, 05.

✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳

✳✳ Circle the Department of Justice you are serving ✳✳

| (circled) Deputy Attorney General Department of Justice 820 North French Street Wilmington, DE 19801 | Deputy Attorney General Department of Justice 102 West Water Street Dover, DE 19901 | Deputy Attorney General Department of Justice 114 East Market Street Georgetown, DE 19947 |
|---|---|---|

7-22-05
Date Signed

_____
Signature of Movant (Notarization not required)

I/M: D.S. Jarrou S#8973 BLDG: S/05
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.370 AUG 04 05
FROM ZIP CODE 19947

Clerk
U.S. District Court
Lockbox 18
844 N. King St.
Wilmington DE 19801

U.S.M.S. X-RAY