IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID S. YARNALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-527-SLR |
| | ) |
| CPL. ANTHONY MENDEZ, DELAWARE | ) |
| STATE POLICE - TROOP 7, and | ) |
| MILLSBORO POLICE DEPARTMENT, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, plaintiff, David S. Yarnall, SBI # 548973 is a prisoner incarcerated at the Sussex Correctional Institution in Georgetown, Delaware, and on July 22, 2005, plaintiff filed a complaint under 42 U.S.C. § 1983;

WHEREAS, on August 10, 2005, this court granted plaintiff leave to proceed in forma pauperis (D.I. 6);

WHEREAS, on August 5, 2005, plaintiff filed a second motion to proceed in forma pauperis (D.I. 3);

WHEREAS, on August 5, 2005, plaintiff also filed a motion for appointment of counsel (D.I. 5);

THEREFORE, at Wilmington this 12th day of August, 2005, IT IS ORDERED that:

1. Plaintiff's second motion to proceed in forma pauperis is MOOT.

2. Plaintiff's motion for appointment of counsel is denied

without prejudice to renew. Plaintiff, a <u>pro se</u> litigant proceeding <u>in forma pauperis</u>, has no constitutional or statutory right to appointed counsel. See <u>Ray v. Robinson</u>, 640 F.2d 474, 477 (3d Cir. 1981). It is within this court's discretion, however, to seek representation by counsel for plaintiff, but this effort is made only "upon a showing of special circumstances indicating the likelihood of substantial prejudice to [plaintiff] resulting from [plaintiff's] probable inability without such assistance to present the facts and legal issues to the court in a complex but arguably meritorious case." <u>Smith-Bey v. Petsock</u>, 741 F.2d 22, 26 (3d Cir. 1984); <u>accord</u> <u>Tabron v. Grace</u>, 6 F.3d 147, 155 (3d Cir. 1993)(representation by counsel may be appropriate under certain circumstances, after a finding that a plaintiff's claim has arguable merit in fact and law). Having reviewed plaintiff's complaint, the court finds that his allegations are not of such a complex nature that representation by counsel is warranted at this time. The various papers and pleadings submitted by plaintiff reflect an ability to coherently present his arguments.

                                                                                _____
                                                                       United States District Judge