Office of the Clerk,
U.S. District Court,

8/11/05

Enclosed is a check/money order for the filing fee of 250⁰⁰ of David S. Yarnall, plaintiff verse Cpl. Anthony Mendez, Deleware State Police - Troop 7 and Millsboro Police Dept. Defendants

Case # 05-527-SLR

Sincerly
David S. Yarnall 548973
Sussex Correctional Institution
P.O. Box 500
Georgetown DE 19947