8/17/05

OFFICE OF THE CLERK,
UNITED STATES DISTRICT COURT,

DAVID S. YARNALL
  PLAINTIFF,                        CIV. NO. 05-527-SLR
    V.
CPL. ANTHONY MENDEZ, DELEWARE
STATE POLICE - TROOP 7, AND
MILLSBORO POLICE DEPARTMENT,
    DEFENDANTS

  I'VE DECIDED TO PAY THE FULL AMOUNT OF $250.00 FOR THE COURT FILING FEE. SEEMS LIKE IT WOULD BE EASIER ON ME AND THOSE INVOLVED WITH THE PAPER WORK, IF PAID IN FULL. I SUPPOSE WHEN I FILED FOR FORMA PAUPERIS (D.1.6) CAN BE CANCELED. THANK YOU.

                              SINCERLY,
                              DAVID S. YARNALL 548973
                              SUSSEX CORRECTIONAL INSTI.
                              P.O. BOX 500
                              GEORGETOWN DE
                                    19947

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 AUG 25  PM 3:02