IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

David S. Yarnall
    Plaintiff/s

V.

Cpl Anthony Mendez ET AL
    Defendant/s
STATE POLICE OF DELEWARE —
TROOP 7, AND MILLSBORO
POLICE DEPARTMENT.

Judge SLR

Civil Action No.: 1:05-CV-527

MOTION FOR __Appointment of Counsel__

COMES NOW, the Plaintiff, __David S. Yarnall__, pro se who pursuant to __Title 28 U.S.C.A. § 1915__, moves this Honorable Court to grant this motion. In support, the following facts are asserted;

because I don't have the know how and schooling to pursue this law suit. I need help please.
I am now lacking law books due to a trasfer. Just started waiting to go to a DOC of VA prison. 8-26-05



FILED
AUG 31 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

/s/ Yarnall  7/29/05
8-26



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING ST LOCKBOX 18
WILMINGTON DE    19801-3570

I/M: DAVIDS YARNAL 548713  BLDG: 5170
~~SUSSEX CORRECTIONAL INSTITUTION~~
~~P.O. BOX 500~~
~~GEORGETOWN, DELAWARE 19947~~
BOTETOURT COUNTY JAIL
P.O. BOX ~~Y~~
FINCASTLE, VA. 24090