UNITED STATES DISTRICT
    COURT
OFFICE OF THE CLERK:

8-26-05

05-527 (SLR)

I, DAVID SCOTT YARNALL ▬, IS ASKING THE COURT FOR A MOTION FOR AN EXTENSION OF THE DEADLINE, OF WHEN MY BRIEF IS DUE, DUE TO ACCESS OF ANY KIND OF LAW BOOK.

I WAS STILL RESEARCHING THRU- CASES AND I WAS TRANSFERED TO:

    BOTETOURT COUNTY JAIL
    DAVID S. YARNALL
    P.O. BOX 370
    FINCASTLE, VA. 24090



FILED
AUG 31 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



I/M: DAVIDS VARNAL 548173  BLDG: 5-20
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947
S.W.
Botetourt County Jail
P.O. Box XD
Fincastle, VA. 24090

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. King St Lockbox 18
Wilmington DE
19801-3570