**Other Events**
1:05-cv-00527-SLR Yarnall v. Mendez et al



## U.S. District Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from rbe, entered on 8/25/2005 at 2:58 PM EDT and filed on 8/25/2005
**Case Name:**     Yarnall v. Mendez et al
**Case Number:**  1:05-cv-527
**Filer:**              David S. Yarnall
**Document Number:**

**Docket Text:**
Full Filing Fee Received from David S. Yarnall: $ 250.00, receipt number 140448 (rbe, )

The following document(s) are associated with this transaction:

**1:05-cv-527 Notice will be electronically mailed to:**

**1:05-cv-527 Notice will be delivered by other means to:**

David S. Yarnall
SBI #548973
Sussex Correctional Institution
P O Box 500
Georgetown, DE 19947

```
                              UNITED STATES
                              DISTRICT COURT
                              District of Delaware
                              Wilm. Division

                              #  140448  -  ED
                              August 25, 2005


         Code       Case #         Qty      Amount

         PLS100    1-05-CV-527              190.00 CA
         PL0869    1-05-CV-527               60.00 CA


         Total->                            250.00



     FROM: MARISSA BULLARD FOR DAVID
           YARNEY
           CK 08887151013 US POSTAL SERV
```

