9/3/05
CIV. # 05-527-SLB

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELEWARE

OFFICE OF THE CLERK:

I HAVE WRITTEN BEBEE MEDICAL CENTER TWICE FOR MY HOSPITAL RECORDS. IS THERE A FORM I CAN FILL OUT TO GET MY RECORDS? IF THERE IS WOULD YOU SEND IT TO ME. IS IT PREMATURE RIGHT NOW TO OBTAIN MEDICAL RECORDS NOW OR DOES THE COURT HAVE TO OBTAIN THEM?

ALSO, I OWE VA 1½ YRS OF TIME UNDER THE OLD LAW. I'LL GET OUT IN 8 TO 9 MONTHS. I WILL HAVE ACCESS TO A LAW LIBRARY THEN. WHAT DO I NEED TO DO TO KEEP MY CASE MOVING FORWARD TILL THE SPRING OF 2006?

SINCERLY
DAVID S. YARNALL
BOTETOURT COUNTY JAIL
P.O. BOX 370
FINCASTLE VA 24090

FILED
SEP - 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DAVID S. YARNALL
BOTETOURT COUNTY JAIL
P.O. BOX 370
FINCASTLE, VA 24090




OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18,
WILMINGTON, DE 19801-3570

U.S.M.S. X-RAY