OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 13, 2005

TO: David S. Yarnall
SBI #548973 Del
I/M David S. Yarnall
Botetourt County Jail
P.O. Box 370
Fincastle, VA 24090

**RE:  Letter dated 9/3/05; 05-527(SLR)**

Dear Mr. Yarnall:

The above referenced letter has been received by this office requesting legal advice. Be advised that this office is unable to render legal advice and therefore we are unable to assist you.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson