IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DAVID S. YARNALL,                    )
                                     )
          Plaintiff,                 )
                                     )
     v.                              )    Civ. No. 05-527-SLR
                                     )
CPL. ANTHONY MENDEZ,                 )
DELAWARE STATE POLICE TROOP          )
7, and MILLSBORO POLICE              )
DEPARTMENT,                          )
                                     )
          Defendants.                )

**MEMORANDUM ORDER**

At Wilmington this $3/4$ day of October, 2005, plaintiff having paid the full filing fee for a civil action;

IT IS ORDERED that:

1.  The Clerk of Court shall cause a copy of this order to be mailed to the plaintiff.

2.  The United States Marshal shall forthwith serve a copy of the complaint, this order, a "Notice of Lawsuit" form, the filing fee order, and a "Return of Waiver" form upon each of the defendants so identified in each "U.S. Marshall 285" form.[1]

4.  Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an

_____

[1]Plaintiff supplied the court with a sufficient number of copies of his complaint as well as the appropriate Marshall 285 forms.

executed "Waiver of Service of Summons" form has not been
received from a defendant, the United States Marshal shall
personally serve said defendant pursuant to Fed. R. Civ. P.
4(c)(2) and said defendant shall be required to bear the cost
related to such service, unless good cause is shown for failure
to sign and return the waiver.

5.   Pursuant to Fed. R. Civ. P. 4(d)(3), a defendant
who, before being served with process timely returns a waiver as
requested, is required to answer or otherwise respond to the
complaint within **sixty (60) days** from the date upon which the
complaint, this order, the "Notice of Lawsuit" form, and the
"Return of Waiver" form are sent.  If a defendant responds by way
of a motion, said motion shall be accompanied by a brief or a
memorandum of points and authorities and any supporting
affidavits.

6.   No communication, including pleadings, briefs,
statement of position, etc., will be considered by the Court in
this action unless the documents reflect proof of service upon
the parties or their counsel.  The clerk is instructed not to
accept any such document unless accompanied by proof of service.

7.   Plaintiff's motion for appointment of counsel
(D.I. 10) is denied without prejudice to renew after service of
the complaint has been effectuated.

8.   Plaintiff's motion for leave to proceed in forma

2

pauperis is denied as moot (D.I. 11), the court finding that

plaintiff paid the filing fee in full on August 25, 2005.  (D.I.

8, 9)


_____

United States District Judge