### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID S. YARNALL,                              ) | |
|                                                                 ) | |
|          Plaintiff,                      ) | |
|                                                                 ) | |
| vs.                                                           ) | Civil Action No. 05-527-SLR |
|                                                                 ) | |
| CORPORAL ANTHONY MENDEZ,   ) | |
| DELAWARE STATE POLICE, and     ) | |
| MILLSBORO POLICE DEPARTMENT, ) | |
|                                                                 ) | |
|          Defendants.                ) | |

### NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE, that the undersigned Deputy Attorney General enters his appearance as counsel of record on behalf of the defendants Corporal Anthony Mendez and Delaware State Police.

                                                               Respectfully submitted,

                                                               /s/ W. Michael Tupman
                                                               W. Michael Tupman
                                                               Deputy Attorney General
                                                               Delaware Department of Justice
                                                               102 West Water Street, 3rd Floor
                                                               Dover, DE  19904
                                                               (302) 739-7641

Dated: November 21, 2005

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of November, 2005, I filed electronically my Notice of Entry of Appearance, and sent a hard-copy of that Notice together with a Return of Waiver of Service of Summons by first-class U.S. Mail, postage prepaid, to the Clerk of the Court; and sent two copies of that Notice and Waiver by first-class U.S. Mail, postage prepaid, to:

        David S. Yarnell
        Botetourt County Jail
        P.O. Box 370
        Fincastle, VA 240940
        Plaintiff *pro se*

                                          /s/   W. Michael Tupman
                                          W. Michael Tupman

I:\TUPMAN\FILES\yarnell.entry.app.wpd