IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID S. YARNALL, )<br>    Plaintiff, )<br>    v. )<br>CPL. ANTHONY MENDEZ, DELAWARE )<br>STATE POLICE - TROOP 7, and )<br>MILLSBORO POLICE DEPARTMENT, )<br>    Defendants. ) | C.A. No.: 05-527-SLR |

**ENTRY OF APPEARANCE**

**PLEASE ENTER** the appearance of the undersigned attorney on behalf of defendant Millsboro Police Department.

                              **AKIN & HERRON, P.A.**

                              /s/ Bruce C. Herron
                              Bruce C. Herron
                              Attorney I.D. No.: 2315
                              1220 N. Market Street
                              Suite 300
                              P.O. Box 25047
                              Wilmington, DE 19899
                              (302) 427-6987

Dated: December 6, 2005

H:\tmw5\data\files\Docs\3651.0387\EOA\3167.WPD