**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DAVID S. YARNALL,                              )<br>                                                             )<br>     Plaintiff,                                     )<br>                                                             )<br>     v.                                                 )    C.A. No.: 05-527-SLR<br>                                                             )<br>CPL. ANTHONY MENDEZ, DELAWARE )<br>STATE POLICE - TROOP 7, and     )<br>MILLSBORO POLICE DEPARTMENT,  )<br>                                                             )<br>     Defendants.                                )<br>                                                             ) | |

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that on this 6th day of December, 2005, a copy of the **ENTRY OF APPEARANCE** was sent out first class mail to:

David S. Yarnall
Botetourt County Jail
P.O. Box 370
Fincastle, VA 24090

                                                                              **AKIN & HERRON, P.A.**

                                                                              /s/ Bruce C. Herron
                                                                              Bruce C. Herron
                                                                              Attorne I.D. No.: 2315
                                                                              1220 N. Market Street
                                                                              Suite 300
                                                                              P.O. Box 25047
                                                                              Wilmington, DE 19899
                                                                              (302) 427-6987

H:\tmw5\data\files\Docs\3651.038\COS\3176.WPD