



FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) David S. Hamall    548973
(Name of Plaintiff)   (Inmate Number)

Sussex Correctional Institution
P.O. Box 500
Georgetown VA 19947
(Complete Address with zip code)

(2) _____  _____
(Name of Plaintiff)   (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Cpl. Anthony Mendez
(2) Delaware State Police - Troop 7 - Sussex County
(3) Millsboro Police Department
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

05- 527

(Case Number)
(to be assigned by U.S. District Court)

CIVIL COMPLAINT

☑ Jury Trial Requested

FILED
JUL 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.   PREVIOUS LAWSUITS

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
     including year, as well as the name of the judicial officer to whom it was assigned:

     N/A
     _____
     _____
     _____
     _____

EXHIBIT A

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ··Yes ··No  N/A

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ··Yes ··No  N/A

C. If your answer to "B" is Yes:

   1. What steps did you take? N/A

   2. What was the result? N/A

D. If your answer to "B" is No, explain why not: N/A

III. **DEFENDANTS** (in order listed in the caption)

(1) Name of first defendant: Anthony Mendez
    Employed as State Trooper at Troop 7
    Mailing address with zip code: 1304 Highway ONE
    Lewes, DE 19958

(2) Name of second defendant: State Police - Troop 7 of Delware
    Employed as _____ at _____
    Mailing address with zip code: 1304 Highway ONE
    Lewes DE 19958

(3) Name of third defendant: Millsboro Police Dept.
    Employed as _____ at _____
    Mailing address with zip code: Millsboro DE, 19966
    307 Main St Millsboro DE 19966

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

S. SCHMIDT
DEC - 2 2005
CLAIMS

2

05-527

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. 5-11-05 - I, David Scott Yarnell was struck twice on the head from a Maglite Flashlight, while handcuffed by State Trooper Anthony Mendez. This took place in a grassy lot next to Grotto's Pizza on Long Neck Rd in Millsboro DE. 19966.

2. I was taken to Be Bee Medical Center in Lewes De. for a CAT scan and received 11 staples in my scalp.

3.

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I, David Scott Yarnell am seeking $8.5 million dollars pain, suffering + damages

S. SCHMIDT

DEC - 2 2005

CLAIMS

3

2. _____
_____
_____
_____
_____
_____
_____

3. _____
_____
_____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __5__ day of __July__, 2_005_

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID S. YARNALL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 05-527-SLR ) |
| CPL. ANTHONY MENDEZ, DELAWARE STATE POLICE - TROOP 7, and MILLSBORO POLICE DEPARTMENT, | ) ) ) ) |
| Defendants. | ) |

### AUTHORIZATION

I, David S. Yarnall, SBI, #548973, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $10.35 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _August 8_, 2005.

This authorization is furnished in connection with the filing of a civil action. And I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2005.

_____
David S. Yarnall