IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
DAVID S. YARNALL,               )
                                )
        Plaintiff,              )
                                )
        v.                      )      C.A. No.: 05-527-SLR
                                )
CPL. ANTHONY MENDEZ, DELAWARE   )
STATE POLICE - TROOP 7, and     )
MILLSBORO POLICE DEPARTMENT,    )
                                )
        Defendants.             )
                                )
```

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that on this 6th day of December, 2005,

a copy of **DEFENDANT MILLSBORO POLICE DEPARTMENT'S MOTION TO**

**DISMISS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

**THEREOF and DEFENDANT MILLSBORO POLICE DEPARTMENT'S MOTION FOR**

**LEAVE TO FILE A MEMORANDUM OF POINTS AND AUTHORITIES IN LIEU OF**

**AN OPENING BRIEF** was sent by first class mail to:

David S. Yarnall
Botetourt County Jail
P.O. Box 370
Fincastle, VA 24090

and was electronically filed with the Clerk of the Court using

CM/ECF which will send notifications of such filing(s) to counsel

listed below:

Michael W. Tupman, Esquire
Department of Justice
102 West Water Street
Dover, DE 19904-6750

**AKIN & HERRON, P.A.**

/s/ Bruce C. Herron
Bruce C. Herron
Attorne I.D. No.: 2315
1220 N. Market Street
Suite 300
P.O. Box 25047
Wilmington, DE 19899
(302) 427-6987
Attorney for Defendant
Millsboro Police Department

H:\tmw5\data\files\Docs\3651.038\COS\3181.WPD