**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DAVID S. YARNALL, )<br>    )<br>    Plaintiff, )<br>    )<br>  v. )<br>    )<br> CPL. ANTHONY MENDEZ, DELAWARE )<br> STATE POLICE - TROOP 7, and )<br> MILLSBORO POLICE DEPARTMENT, )<br>    )<br>    Defendants. )<br>    ) | C.A. No.: 05-527-SLR |

### DEFENDANT MILLSBORO POLICE DEPARTMENT'S MOTION FOR LEAVE TO FILE A MEMORANDUM OF POINTS AND AUTHORITIES IN LIEU OF AN OPENING BRIEF

Defendant Millsboro Police Department requests permission to file a Memorandum of Points and Authorities in support of its Motion to Dismiss pursuant to Dist. Ct. L.R. 7.1.2. (b) in lieu of an opening brief.  In support of its Motion, defendant Millsboro Police Department states as follows:

1.  Dist. Ct. L.R. 7.1.2. (b) provides that " the Court may order or the parties may agree to serve and file...statements of points and authorities in memorandum form in place of briefs."

2.  Plaintiff is pro se.  The arguments set forth in the Millsboro Police Department's Motion to Dismiss do not require complex factual or legal analysis.

**WHEREFORE**, defendant Millsboro Police Department respectfully requests permission to file a Memorandum of Points and Authorities in lieu of an opening brief.

**AKIN & HERRON, P.A.**

/s/ Bruce C. Herron
Bruce C. Herron
Attorney I.D. No.: 2315
1220 N. Market Street
Suite 300
P.O. Box 25047
Wilmington, DE 19899
(302) 427-6987
Attorney for Defendant
Millsboro Police Department

**SO ORDERED** this ____ Day of _____, 2005.

Dated: December 7, 2005

H:\tmw5\data\files\Docs\3651.038\MFL\3180.WPD