## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID S. YARNALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 05-527-SLR |
| ) | |
| CPL. ANTHONY MENDEZ, DELAWARE ) | |
| STATE POLICE - TROOP 7, and ) | |
| MILLSBORO POLICE DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on this 6th day of December, 2005, a copy of **DEFENDANT MILLSBORO POLICE DEPARTMENT'S MOTION TO DISMISS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF and DEFENDANT MILLSBORO POLICE DEPARTMENT'S MOTION FOR LEAVE TO FILE A MEMORANDUM OF POINTS AND AUTHORITIES IN LIEU OF AN OPENING BRIEF** was sent by first class mail to:

David S. Yarnall
Botetourt County Jail
P.O. Box 370
Fincastle, VA 24090

and was electronically filed with the Clerk of the Court using CM/ECF which will send notifications of such filing(s) to counsel listed below:

Michael W. Tupman, Esquire
Department of Justice
102 West Water Street
Dover, DE 19904-6750

**AKIN & HERRON, P.A.**

<u>/s/ Bruce C. Herron</u>
Bruce C. Herron
Attorne I.D. No.: 2315
1220 N. Market Street
Suite 300
P.O. Box 25047
Wilmington, DE 19899
(302) 427-6987
Attorney for Defendant
Millsboro Police Department

H:\tmw5\data\files\Docs\3651.038\COS\3181.WPD