IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DAVID S. YARNALL,                      )
                                       )
            Plaintiff,                 )
                                       )
      v.                               )   Civ. No. 05-527-SLR
                                       )
CPL. ANTHONY MENDEZ, DELAWARE          )
STATE POLICE TROOP 7, and              )
MILLSBORO POLICE DEPARTMENT,           )
                                       )
            Defendants.                )

### O R D E R

At Wilmington this ꝏth day of January, 2006,
defendant having filed a motion to dismiss on December 7, 2005
(D.I. 21);

IT IS ORDERED that briefing on this motion shall
proceed in accordance with the following schedule:

1.    Plaintiff shall file and serve an answering brief
in response to defendant's motion on or before **February 21, 2006.**

2.    Defendant may file and serve a reply brief on or
before **March 7, 2006.**

United States District Judge