# AKIN & HERRON, P.A.
### ATTORNEYS AT LAW

ROGER A. AKIN

BRUCE C. HERRON
_____

DEBORAH C. SELLIS

1220 N. MARKET STREET
SUITE 300
P. O. BOX 25047
WILMINGTON, DELAWARE 19899
(302) 655-5552
(302) 655-3697 FAX

Writer's Direct Dial
(302) 427-6987

www.rabhlaw.com

E-Mail
bch@rabhlaw.com

April 10, 2006

**VIA E-MAIL & FIRST CLASS REGULAR MAIL**
Honorable Sue L. Robinson
U.S. District Court Judge
District of Delaware
844 North King Street
Lock Box 31
Wilmington, DE 19801

    Re: **Yarnall v. Millsboro Police Department, et. al.**
         **C.A. No.: 05-527-SLR**

Dear Judge Robinson:

    Defendant Millsboro Police Department filed a Motion to Dismiss and Memorandum in Support Thereof on December 7, 2005. The Court's Order of January 20, 2006 required that plaintiff file an Answering Brief in response to Defendant's Motion on or before February 21, 2006. Plaintiff has failed to file an Answering Brief.

    Defendant Millsboro Police Department requests that its Motion be considered based on the present record.

                          Respectfully submitted,

                          /s/ Bruce C. Herron

                          Bruce C. Herron
                          Attorney for Defendant
                          Millsboro Police Department

BCH:tad
cc: United States District Court Clerk (via first class mail)
    David S. Yarnall (via first class mail)
    Michael W. Tupman, Esquire (via fax only)

H:\tmw5\data\files\Docs\3651.038\CORR\4103.WPD