IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID S. YARNALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-527-SLR |
| ) | |
| CPL. ANTHONY MENDEZ, DELAWARE ) | |
| STATE POLICE TROOP 7, and ) | |
| MILLSBORO POLICE DEPARTMENT ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

At Wilmington this 8th day of June, 2006, for the reasons stated in the memorandum opinion issued this same date;

IT IS ORDERED that defendant's motion to dismiss for failure to state a claim (D.I. 21) is granted.

_____
United States District Judge