IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID S. YARNELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-527-SLR |
| | ) |
| CORPORAL ANTHONY MENDEZ, | ) |
| DELAWARE STATE POLICE, and | ) |
| MILLSBORO POLICE DEPARTMENT, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 12th day of July, 2006, plaintiff having failed to inform the court of his current mailing address (SEE D.I. 31);

IT IS ORDERED that, on or before **August 14, 2006,** plaintiff shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

                                                                                           _/s/ Sue L. Robinson_
                                                                  United States District Judge