## CHANGE OF ADDRESS

DAVID S. YARNALL 548973
S.C.I.
P.O. Box 500
GEORGETOWN DE 19947

05-527 (SLR)

TO: PETER T. DALLEO
    CLERK
    U.S. DISTRICT COURT
    DISTRICT OF DELEWARE

DEAR MR. DALLEO,

THIS IS MY PRESENT ADDRESS AS OF NOW. MY CRIMINAL CASE WAS OVER JUNE 21st 2006. HAD A LAWYER LINED UP TO HELP ME BUT HE BACKED OUT. NOW I WILL CONTINUE ON MY OWN ONCE AGAIN. NO WAY DO I WANT MY SUIT DISMISSED. IM PUSHING. HOPE MY DEADLINES WAS BEAT BY THIS CHANGE OF ADDRESS.

SINCERLY,
DAVID S. YARNALL

I/M: S489973
DAVID S. VARNALL BLDG: HUI
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S.M.S.
X-RAY

1256 U.S. POSTAGE PB2230370
7915 $00.390 JUL 31 06
3615                    19947

OFFICE OF THE CLERK
U.S. COURTHOUSE
844 KING ST
LOCKBOX 18
WILMINGTON DE 19801