David Scott Yarnall 548973
Sussex Correctional Institution
P.O. Box 500
Georgetown DE 19947

July 27th 2006

Chief Judge Sue L. Robinson
U.S. District Court Judge
District of Deleware
844 N. King Street
Lock Box 31
Wilmington DE 19801

FILED
AUG - 2 2006
SUE L. ROBINSON
U.S. DISTRICT JUDGE
BD scanned

Dear Judge Robinson:      05-527 (SLR)

My name is David S. Yarnall. I'm currently locked up at SCI. I'm writing this letter to you because I am totally on my own trying to get justice in the excessive force case (05-527-SLR that Deleware State Police, Millsboro Police, Deleware State Police Internal Affairs Division and Sussex County are trying to cover up.

I have in my possession several copies of the video from Cpl Anthony Mendez's police cruiser [7SP-6345/Tape 7-218. The police reports from Mendez and Millsboro Police dont coincide or collaborate with video 7SP-6345/Tape 7-218. And some of Sussexs' Contys County's court papers have descripencies also. Paperwork has been intentionally altered.

After being struck twice by Mendez while handcuffed, Im lay on the hood, extremely bloody, there are already police officers on the scene. Sirens can be heard in the video, close by. A civilian in a white T-shirt puts his hand in my pocket, pulls out something and puts it on the hood with my Oakley sunglasses. Then I'm attacked by Ptlm Lowe of the Millsboro Police Dept by a tazer gun. I'm clearly not resisting then. While that is going on, older fellow in blue sweat shirt retrieves the flashlight that Mendez used to strike me on the head from the

CIVILIAN IN THE WHITE T-SHIRT. THOSE TWO CIVILIANS WERENT WORKING FOR MENDEZ. MENDEZ DOESNT ~~SPEAK~~ GIVE ORDERS TO SEARCH OR TAMPERING WITH EVIDENCE, SEEN IN VIDEO. WHEN I LIFT MY HEAD UP AND ASK THE TWO OFFICERS ON THE OTHER SIDE TO PUT MY SUNGLASSES ON MY HEAD I REMEMBER SEEING UTILITY BELTS AND DARK COLORED PANTS. THE POLICE DO EVEN MORE WRONG TO ME PHYSICALLY AND JUICE ME UP WITH ELECTRICITY AND MAKE ME RUN. HIT ME TOO. TOYING WITH ME. THE POLICE MADE ME WEAR OUT THE BATTERY IN THE TAZER GUN. MENDEZ AND THE POLICE COULD HAVE SUBDUED ME WITHOUT INJURY.

    THERE IS COVER UP AND OUTRIGHT LIES INVOLVED WITH THIS CASE. NOBODY WILL HELP ME. IM ASKING YOU FOR HELP PLEASE. I CANT FIND A LAWYER IN THIS STATE.

    RIGHT NOW IM WORKING ON A MOTION OF ADMENDMENT. MY COMPLAINT HAS NEW EVIDENCE. WHEN I DID THE 5 MONTHS IN VIRGINIA THERE WERE NO LAWBOOKS AVAILABLE TO ME. THAT IS WHY MY BRIEF WASNT TURNED IN. I DONT EVEN KNOW HOW TO WRITE A BRIEF. MY LAWYER ERIC G. MOONEY P.A. REFERRED ME TO ANOTHER LAWYER EDWARD GILL TO TAKE THIS CASE AFTER MY CRIMINAL CASE WAS DONE ON JUNE 21ST 2006. ED GILL BACKED OUT. HOPEFULLY NOW, WITH ALL THE COMPLICATIONS TO MY CASE, YOU WILL GRANT ME A LAWYER WHEN I FILE FOR ONE. IM IN OVER MY HEAD DOWN HERE YOUR HONOR. IVE BEEN HARASSED BY GEORGETOWN P.D. AND HERE AT S.C.I. COULD YOU PLEASE GET ME MOVED OUT OF SUSSEX COUNTY AND TO THE DELEWARE CORRECTIONAL CENTER IN SYMRNA? IM SINCERLY ASKING YOU FOR HELP YOUR HONOR. I AM NOT LYING ABOUT ANY OF THIS YOU'VE READ NOR WHAT IM SUING FOR. THE LITTLE GUY NEEDS HELP...

    SINCERLY, DAVID S. YARNALL
    P.O. BOX 500
    SCI
    GEORGETOWN DE 19947

548913   BLDG: HUN/121
I/M: DAVID MARSHALL
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.390
JUL 28 06
19947

Honorable Sue L. Robinson
U.S. District Court Judge
844 North King St.
Lock Box 31
Wilmington, DE 19801