David S. Yarnall 548973                          8/3/06
Sussex Correctional Institution
P.O. Box 500
Georgetown DE 19947


Office of the Clerk
U.S. District Court
844 N. King St Lockbox 18
Wilmington DE 19801

Dear Peter Dalleo-



  I'm just making sure that the change of address letter got there. A second one wont hurt. I cant lose my suit at no cost. Worried that mail tampering could happen here. Could you ask Chief Judge Sue L. Robinson if she could have me moved to Deleware Correctional Center. I need to get out of Sussex County. I wrote her a letter but dont know if she received it. Thank you.

                                  Sincerly
                                  David S Yarnall

I/M: DAVID S. VAENOU   BLDG: HAZ1121
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947


U.S.M.S
X-RAY

OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 N. KING ST LOCKBOX 18
WILMINGTON DELEWARE
19801