**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

August 10, 2006

David Scott Yarnall
# 548973
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE  19947

       Re:  Yarnall v. Melendez,
            Civ. No. 05-527-SLR

Dear Mr. Yarnall:

     The court is in receipt of your letters requesting a transfer to the Delaware Correctional Center. (D.I. 34, 35) As a United States District Judge, I do not have the authority to compel the transfer or assignment of prisoners to particular facilities in the State of Delaware. By this letter, however, I am notifying the Delaware Attorney General's Office of your concerns.

                               Sincerely,

                               Sue L. Robinson

cc. w/ enc.:   W. Michael Tupman, Esquire
                Office of the Attorney General
                Clerk of Court