IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID S. YARNELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-527-SLR |
| | ) |
| CORPORAL ANTHONY MENDEZ | ) |
| and DELAWARE STATE POLICE, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 10th day of August, 2006, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(c);

IT IS ORDERED that:

1. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **December 11, 2006.**

2. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

3. **Summary Judgment Motions.** All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **January 11, 2007.** Answering briefs and affidavits, if any, shall be filed on

or before **February 12, 2007**.  Reply briefs shall be filed on or before **February 26, 2007**.

　　　　　　　　　　　　　　　　　　/s/ Sue L. Robinson
　　　　　　　　　　　　　　　　　United States District Judge