IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DAVID SCOTT YARNALL
Plaintiff/s

V.

CPL. MENDEZ 6322 ET AL
Defendant/s

Civil Action No.: 05-527-SLR



FILED
AUG 14 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR Appointment of Counsel

COMES NOW, the Plaintiff, DAVID S. YARNALL, pro se who pursuant to Appointment of Counsel    BD scanned, moves this Honorable Court to grant this motion. In support, the following facts are asserted;

I NEED A LAWYER BECAUSE THE CASE AGAINST MENDEZ ET AL IS GETTING TOO COMPLICATED FOR ME. EVEN THOUGH I HAVE A VIDEO OF THE INCIDENT I NEED HELP IN THE PAPER WORK INVOLVED. I CANT FIND A LAWYER IN DELEWARE TO TAKE MY CASE. I DONT EVEN HAVE ACCESS TO ALL THE LAWBOOKS THAT I NEED. THE RESEARCH I HAVE DONE, I HAVENT FOUND A CASE THAT IS LIKE MINE. I HAVE NOBODY TO HELP ME. I CANT GET LEGAL ADVICE FROM THE COURT AND NOBODY IS OFFERING IT. I ALWAYS HEAR, "I CANT GIVE LEGAL ADVICE." I DO NOT HAVE A LAW DEGREE THAT IS WHY I NEED A LAWYER. EVEN INTERNAL AFFAIRS OF THE DELEWARE STATE POLICE EXONERATED COPORAL ANTHONY MENDEZ. I KNOW THE 8th AMENDMENT AND THE 4th AMENDMENT WAS VIOLATED WHEN THE POLICE WERE INVOLVED WITH ME AND ITS ON VIDEO. I KNOW POLICE ARENT SUPPOSED TO WHACK SOMEBODY IN THE HEAD WHILE THEY ARE HANDCUFFED. AND THE STATE'S DEFENSE: IV:) ADMITTED THAT IN TRYING TO TAKE PLAINTIFF INTO CUSTODY WHILE PLAINTIFF WAS RESISTING ARREST COPORAL MENDEZ STRUCK PLAINTIFF TWICE IN THE HEAD WITH A FLASHLIGHT IN SELF DEFENSE AND USING A REASONABLE AMOUNT OF FORCE UNDER THE CIRCUMSTANCES TO TAKE PLAINTIFF INTO CUSTODY.

NEXT PAGE

ON MY COMPLAINT AND IN THE VIDEO, I AM HAND-CUFFED. I STATED THAT IN MY COMPLAINT BUT IT WAS LEFT OUT IN THE STATE DEFENDANTS ANSWER TO THE COMPLAINT. AND MICHAEL TUPMAN, DEPUTY ATTORNEY GENERAL OF THE DEPARTMENT OF JUSTICE SIGNED OFF ON IT. PAGE 5 OF THE POLICE REPORT MENDEZ ADVISED SUSCOM THAT HE HAD THE SUBJECT IN CUSTODY, ON THE GROUND, AND IN FRONT OF HIS POLICE VEHICLE. THERE IS QUITE A BIT OF DISCREPENCIES IN THE POLICE REPORT AND IN SUSSEX COUNTY COURT RECORDS THAT DON'T COLLABORATE WITH VIDEO. CLEARY CAN BE SEEN THAT PEOPLE IN TOP BRASS ARE WANTING THIS TO GO AWAY, THE ILLEGAL WAY. I NEED HELP! PLEASE, I'M BEGGING THE COURT. ALSO, WHEN DOES THE VIDEO COME INTO PLAY IN THIS CASE? THANK YOU.

SINCERELY,

DAVID S. YARNALL 548973
S.C.I.
P.O. BOX 500
GEORGETOWN DE
19947

IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF DELEWARE

DAVID SCOTT YARNALL,

v.

CPL MENDEZ 6832 Z ET AL,

No. 05-527-SLR

ORDER

IT IS HEREBY ORDERED, this _____ day of _____, 20___ that the attached Motion for _____ Has been read and considered.

IT IS ORDERED THAT _____
_____
_____
_____

_____
JUDGE

## CERTIFICATE OF SERVICE

I, _DAVID S. YARNALL_, hereby certify that I have served a true and correct copy of the attached motion upon the following party, on the _3_ day of _AUGUST_, _06_.

✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸✸

✱✱ Circle the Department of Justice you are serving ✱✱

(Deputy Attorney General
Department of Justice
820 North French Street
Wilmington, DE 19801)

Deputy Attorney General
Department of Justice
102 West Water Street
Dover, DE 19904

Deputy Attorney General
Department of Justice
114 East Market Street
Georgetown, DE 19947

_8/3/06_
Date Signed

_[signature]_
Signature of Movant (Notarization not required)