IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELEWARE

DAVID SCOTT YARNALL,

v.                                    No. 05-527-SLR

COPORAL ANTHONY MENDEZ ET AL

**NOTICE OF MOTION**



FILED
AUG 1 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

TO: OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 N. KING ST LOCKBOX 18
WILMINGTON DE 19801

PLEASE TAKE NOTICE that the attached _MOTION FOR APPOINTMENT OF COUNSEL_ will be presented at the convenience of the Honorable Court.

DAVID SCOTT YARNALL
P.O. BOX 500
SUSSEX CORRETIONAL INST.
GEORGETOWN DE 19947

DATED: 8/3/06

SBI#473
I/M: David Scott Yarnall   BLDG: Hill
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

OFFICE OF THE CLERK
U.S. District Court
844 King St Lockbox 18
Wilmington DE
19801