IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DAVID S. YARNALL
PLAINTIFF
VS
COPORAL ANTHONY MENDEZ ET AL
DEFENDANTS

PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

CIVIL ACTION: 05-527-SLR

PURSUANT TO RULE 34 OF THE FEDERAL RULES OF CIVIL PROCEDURE, PLAINTIFF REQUESTS THAT DEFENDANTS, COPORAL ANTHONY MENDEZ ET AL PRODUCE FOR INSPECTION AND COPYING THE FOLLOWING DOCUMENTS:

1) VIDEO TSP 6345/TAPE 7-218 OF CPL. ANTHONY MENDEZ'S 3862 2 IN-CAR CAMERA FROM THE NIGHT OF MAY 11th 2005

2) POLICE REPORT OF REPORTING OFFICER CPL/2 MENDEZ 3862 2 (PAGES 1-8) OF ARREST OF ONE DAVID S. YARNALL ON THE NIGHT OF MAY 11th 2005.

3) LETTER FROM LT. MARK DANIELS, INTERNAL AFFAIRS DIVISION DELAWARE STATE POLICE, THAT DAVID S. YARNALL'S ALLEGATIONS AGAINST CPL MENDEZ 3862 2 FOR EXCESSIVE FORCE HAS BEEN RULED AS EXONERATED BY ADMINISTRATIVE STAFF. DATED AUGUST 31, 2005.

4) MEDICAL RECORDS FROM BEEBE MEDICAL CENTER IN LEWES, DE.

DATED - 8/16/06

SIGNED - [signature]



FILED
AUG 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned

## CERTIFICATE OF SERVICE

I, DAVID SCOTT YARNALL HEREBY CERTIFY THAT I HAVE SERVED A TRUE AND CORRECT COPY OF THE ATTACHED MOTION UPON THE FOLLOWING PARTY, ON THE 16 DAY OF AUGUST, '06

ATTORNEY GENERAL
DEPT OF JUSTICE
820 NORTH FRENCH ST
WILMINGTON DE 19801

DATED: 8/16/06

SIGNATURE OF MOVANT - NOTORIZATION NOT REQUIRED

S48873
I/M: DAVID S. YARNALL  BLDG: HU1
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE PB 2230370
$00.390 AUG 17 06
19947

OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 N. KING ST LOCKBOX 18
WILMINGTON DE 19801

U.S.M.S. X-RAY

LEGAL MAIL