IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DAVID SCOTT YARNALL

VS

COPORAL ANTHONY MENDEZ ET AL       NO: 05-527-SLR

NOTICE OF MOTION

TO: OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 NORTH KING ST LOCKBOX 18
WILMINGTON DE 19801

FILED
AUG 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

PLEASE TAKE NOTICE THAT THE ATTACHED MOTION FOR PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS WILL BE PRESENTED AT THE CONVIENIENCE OF THE HONARABLE COURT.

DAVID SCOTT YARNALL
DSY
SUSSEX CORRECTIONAL INST.
P.O. BOX 500
GEORGETOWN DE 19947

DATED: 8/16/06