IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DAVID S. YARNALL
  PLAINTIFF

VS

COPORAL ANTHONY MENDEZ ET AL     NO: 05-527-SLR
  DEFENDANTS

Notice of Motions

TO: OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 N. KING ST
WILMINGTON, DE 19801



FILED
AUG 25 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

PLEASE TAKE NOTICE THAT THE ATTACHED MOTION FOR PLAINTIFFS SECOND REQUEST FOR PRODUCTION OF DOCUMENTS WILL BE PRESENTED AT THE CONVENIENCE OF THE HONORABLE COURT.

DATED 8/19/06

DSY
DAVID SCOTT YARNALL 548973
SUSSEX CORRECTIONAL INST
P.O. BOX 500
GEORGETOWN DE 19947

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DAVID SCOTT YARNALL
PLAINTIFF

VS

CORPORAL ANTHONY MENDEZ ET AL
DEFENDANTS

PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS

CIVILIAN ACTION: 05-527-SLR

PURSUANT TO RULE 34 OF THE FEDERAL RULES OF CIVIL PROCEDURE, PLAINTIFF REQUESTS THAT DEFENDANTS, CORPORAL ANTHONY MENDEZ ET AL PRODUCE FOR INSPECTION AND COPYING THE FOLLOWING DOCUMENTS:

① ALL PAGES OF EXHIBIT A AND EXHIBIT B OF ADULT COMPLAINT AND WARRANT FROM THE JUSTICE OF THE PEACE COURT 3. DATED MAY 12 2005 5:10 AM. IN SUSSEX COUNTY

8/19/06

DAVID S. YARNALL

## CERTIFICATE OF SERVICE

I, DAVID SCOTT YARNALL, HEREBY CERTIFY THAT I HAVE SERVED A TRUE AND CORRECT COPY OF THE ATTACHED MOTION UPON THE FOLLOWING PARTY, ON THE 19 DAY OF AUGUST, 2006.

ATTORNEY GENERAL
DEPT OF JUSTICE
820 N. FRENCH ST
WILMINGTON, DE 19810

DATED 8/19/06

DAVID S. YARNALL