IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DAVID SCOTT YARNALL
PLAINTIFF

VS.

COPORAL ANTHONY MENDEZ ET AL        NO: 05-527-SLR
DEFENDANTS

NOTICE OF MOTION

TO: OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 NORTH KING LOCKBOX 18
WILMINGTON DE 19801

FILED
AUG 25 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

PLEASE TAKE NOTICE THAT THE ATTACHED MOTION OF PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS WILL BE PRESENTED AT THE CONVENIENCE OF THE HONORABLE COURT.

DAVID SCOTT YARNALL 548973

8/21/06
DATED

P.O. BOX 500
SUSSEX CORRECTIONAL INST
GEORGE DE 19947