9-6-06

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 SEP -8 PM 3:08
Scanned

CLERK,                    CASE NO. 05-527-SLR

PLEASE SEND VERIFICATION THAT THESE 3 SUBPEONAS WHERE RECEIVED. I HOPE THAT THEY WERE FILLED OUT CORRECTLY. COULD YOU PUT THE DATES IN, THANX!!

P.O. BOX 500                    Sincerly,
GEORGETOWN DE 19947            DAVID SCOTT YARNALL
                               DSY