OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

September 11, 2006

TO: David S. Yarnall
SBI# 548973
SCI
P.O. Box 500
Georgetown, DE 19947

**RE: Letter in Reference to Subpoenas Received on 9/8/06; 05-527(SLR)**

Dear Mr. Yarnall:

The Clerk's office is in receipt of the above-referenced letter. Please be advised that this office cannot issue subpoenas without an order from the Court. An application for an order shall be made by stipulation or motion.

Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you might be alleging.

Sincerely,

PETER T. DALLEO
Clerk

cc: The Honorable Sue L. Robinson