OFFICE OF THE CLERK        9/5/06
U.S. DISTRICT COURT

DAVID S. YARNALL 548973
S.C.I.
P.O. BOX 500                     CASE NO. 05-527-SLR
GEORGETOWN, DE 19947

FILED
SEP 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO WHOM IT MAY CONCERN,
  I'M WORKING ON GETTING A COPY OF MY VIDEO SENT TO THE COURT. I DON'T KNOW HOW THE PROCEDURE GOES. I ASSUME BECAUSE MY SUIT IS IN ITS DISCOVERY PHASE, I GET THE VIDEO SENT SO JUDGE SUE L. ROBINSON CAN SEE IT. CAN I GET THE VIDEO BACK AFTER THE CASE IS SETTLED? MY MAIN PROBLEM RIGHT NOW IS BECAUSE OF THIS LAWSUIT AND VIOLATION OF PROBATION MY GIRLFRIEND HAS LEFT ME. IF SHE DOESN'T SEND VIDEO AND MY CRIMINAL LAWYER ERIC G. MOONEY DOESN'T SEND IT, HOPEFULLY THE STATE'S SIDE HASN'T DESTROYED THE VIDEO. THAT IS MY WORRY. I KNOW YOU CAN'T GIVE LEGAL ADVICE BUT NOBODY IS HELPING. CAN I SUBPEANA A COPY AGAIN LIKE MOONEY DID FROM THE D.A. PAULA RYAN ESQ. AT THE DEPUTY ATTORNEY GENERAL'S OFFICE IN GEORGETOWN? DOES THIS LETTER GET SEEN BY JUDGE SUE L. ROBINSON?

Sincerely yours,

DAVID S. YARNALL

546973
I/M: DAVID S. YARNALL    BLDG: HU1
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.390  SEP 08 06  19947
PB 2230370

OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 N. KING ST LOCKBOX 18
WILMINGTON DE
19801

LEGAL MAIL