9/7/06

To whom it concerns,   CASE NO. 05-527-SLR

I had already dropped a subpoena in the mail box for Susan Maressa Bullard. Please cancel that form. She has sent the video to my son's mother's house. A letter to her is going out tonight. She will send a copy to the clerk's office. Her name is Kisha Smith, 917 Rose Lane Salem VA 24153. Thank you. Video 7SP 6345 / Tape 7-218 is on its way!!

Sincerely,
David S. Yarnall  548923
SCI
P.O. Box 500
Georgetown DE
19947

**FILED**
SEP 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned- BD  9/11/06

548973
I/M: DAVID S. JARNAGIN     BLDG: Hut
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE   19947

WILMINGTON DE 197
08 SEP 2006 PM 1 T
U.S. POSTAGE $00.39
FROM ZIP CODE 19947

OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 N. KING ST. LOCKBOX 18
WILMINGTON DE 19801

U.S.M.S.
D-RAY