David S. Yarnall 548973
S.C.I.
P.O. Box 500
Georgetown, DE. 19947

September 15th 2005

To: Peter T. Dalleo
Clerk of Court
844 N. King St Lockbox 18
Wilmington DE 19801

Case No. 05-527-SLR

David S. Yarnall
vs
Cpl Anthony Mendez

FILED
SEP 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned- BD  9/19/06

Dear Mr. Dalleo,

Could you please send verification that the following motions were received at the Clerk of Court: Appointment for Counsel, First and Second Request for Documents and First Set of Interrogatories. Also, did you receive pages 5 and 6 of my Police Report?

I cannot communicate with Kisha Smith by phone. She is my son's mother. She is sending a copy of video TSP 6345 7-218. Also Eric G. Mooney is supposed to send a copy of the video also. Would you please write me and let me know if video's got into Judge Sue L. Robinson's hands. Thank you very much.

Sincerely,
David S. Yarnall
DSY

I/M: D.S. Yoman    BLDG: Mel
SAP973
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S.M.S.
X-RAY

U.S. POSTAGE $00.390
PB 2230370
SEP 18 06
19947

Peter Dalleo
Office of the Clerk
U.S. District Court
844 N. King St
Wilmington DE 19801