David Scott Yarnall         9/28/06
S.C.I.
P.O. Box 500
Georgetown, DE 19947

TO: Office of the Clerk
U.S. District Court
844 N. King St Lockbox 18
Wilmington, DE 19801                05-527 (SLR)

FILED
OCT - 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Mr. Dalleo,
                                                          BD scanned

I am concerned about Video 7SP 6345 / Tape 7-218 because my girlfriend is supposed to send a copy and Eric G. Mooney is sending a copy to the Clerk's office for Judge Sue L. Robinson. Did pages 5+6 make it there also? I want to know, what happens to evidence when it is dismissed until all suits come together and become one? Does my evidence stay in a file till I request it to be submitted again? I can't call my girlfriend. Communicate by letters and I can't stop shipment of video. What happens to motions of discovery I sent - do they get filed or shredded. Please help answer these questions. Thank you for your time.

P.S.
Please tell me the tape                Sincerely,
is kept there.                          David S. Yarnall

Could you please fill in
any space I miss on
Marshal 285 forms. Thanx!!

U.S.M.S. X-RAY

U.S.M.S. X-RAY

Office of the Clerk
U.S. District Court
844 North King St Lockbox 18
Wilmington DE 19801

648473
I/M: David Scott Varnell BLDG. KEY B
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

