IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID S. YARNALL, )<br>)<br>Plaintiff, )<br>) CONSOLIDATED<br>v. ) Civ. No. 05-527-SLR<br>) Civ. No. 06-501-SLR<br>CPL. ANTHONY MENDEZ, DELAWARE ) Civ. No. 06-529-SLR<br>STATE POLICE TROOP 7, )<br>PTLM LOWE, UNKNOWN OFFICERS )<br>WHO RESPONDED TO SCENE OF )<br>MILLSBORO POLICE, and )<br>PFC BUCHERT, )<br>)<br>Defendants. ) | |

**ORDER**

At Wilmington this 4th day of October, 2006, IT IS ORDERED that plaintiff is not required to pay any previously assessed fees or the $350.00 filing fee in Civ. No. 06-501-SLR as a result of the consolidation of Civ. No. 05-527-SLR, Civ. No. 06-501-SLR, 06-529-SLR. The clerk of the court is directed to send a copy of this order to the appropriate prison business office.

　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE