OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 18, 2006

TO: David S. Yarnall
SBI# 548973
S.C.I.
P.O. Box 500
Georgetown, DE 19947

**RE: Return of 285 Forms for Bruce Herron and Michael Tupman (Deputy Attorney General); Civ. No. 05-527 SLR**

Dear Mr. Yarnall:

The Clerk's Office is in receipt of the above referenced 285 Forms which you submitted to the Court on 10/3/06 (enclosed and returned herewith). Please be advised that it is not necessary to submit 285 forms for the above referenced individuals because they are not named parties in this civil action, 05-527 SLR.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rpg

PETER T. DALLEO
CLERK

cc: the Honorable Sue L. Robinson
enc: 285 Forms