OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

October 18, 2006

TO: David S. Yarnall
    SBI# 548973
    SCI
    P.O. Box 500
    Georgetown, DE 19947

**RE: Request for Copy of Docket and Letter requests for verification that video tapes were received by the Clerk; Civ. No. 05-527 SLR**

Dear Mr. Yarnall:

A letter has been received by the Clerk's office from you requesting a copy of the docket from the above noted civil action.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. **A copy of the docket is enclosed, free of charge for this request only. Should you require copies (including docket sheets) in the future**, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

The Clerk's office is also in receipt of two letters from you, (D.I.'s 48 and 51), requesting verification that a video tape(s) was received by the court. Be advised that as of 10/18/06, no video tape(s) has been filed on your behalf. All documents filed in this case are maintained in the case file, which is stored in the Clerk's office. Please refer to the enclosed docket sheet for a tentative listing of these items.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rpg                                    PETER T. DALLEO
                                        CLERK

cc: The Honorable Sue L. Robinson
enc: Docket Sheet