IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID S. YARNALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CONSOLIDATED |
| v. | ) | Civ. No. 05-527-SLR |
| | ) | Civ. No. 06-501-SLR |
| CPL. ANTHONY MENDEZ, DELAWARE | ) | Civ. No. 06-529-SLR |
| STATE POLICE TROOP 7, | ) | |
| PTLM LOWE, UNKNOWN OFFICERS | ) | |
| WHO RESPONDED TO SCENE OF | ) | |
| MILLSBORO POLICE, and | ) | |
| PFC BUCHERT, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this $23d$ day of October, 2006;

Plaintiff, who proceeds pro se, submitted to the court for service upon defendants PTLM Lowe ("Lowe"), PFC Buchert ("Buchert"), and the chief executive officer for the City of Millsboro, Delaware, an incomplete USM-285 form for the chief executive officer for the City of Millsboro, Delaware, and altered copies of complaints and amended complaints.

IT IS THEREFORE ORDERED that:

1.    The clerk of the court shall cause a copy of this order to be mailed to plaintiff.

2.    Plaintiff shall submit a complete USM-285 form for the chief executive officer for the City of Millsboro, Delaware, 322 Wilson Highway, Millsboro, Delaware, within 60 days from the date of this order.

3.    The clerk of the court is directed to provide to

plaintiff one copy of each of the following documents: **the complaint (D.I. 2) and amended complaint (D.I. 36) filed in Civ No. 05-527-SLR, the complaint (D.I. 2) filed in Civ. No. 06-501-SLR, and the complaint (D.I. 2) filed in Civ. No. 06-529-SLR.**

4.    This order shall supplement the court's service order (D.I. 50) dated September 26, 2006.

5.    Plaintiff shall provide the court, within 60 days from the date of this order, the requisite number of copies of the complaint and amended complaints in the consolidated case (i.e., copies of the complaints filed in Civ No. 05-527-SLR, Civ. No. 06-501-SLR, and Civ. No. 06-529-SLR, all found at D.I. 2, and the amended complaint in Civ. No. 05-527-SLR, found at D.I. 36) for service upon defendants Lowe and Buchert as well as for the chief executive officer for the City of Millsboro, Delaware. **Plaintiff is forewarned that he shall not submit altered copies of complaints or amended complaints and they will not be accepted by the court.**

6.    Upon receipt of all required documents, the United States Marshal shall forthwith serve a copy of the complaint (D.I. 2) and amended complaint (D.I. 36) filed in Civ No. 05-527-SLR, the complaint (D.I. 2) filed in Civ. No. 06-501-SLR, and the complaint (D.I. 2) filed in Civ. No. 06-529-SLR, the court's order dated September 26, 2006 (D.I. 50), this order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of

-2-

Waiver" form upon each of the defendants so identified in each
285 form.

**Failure to fully comply with this order may result in the
complaint being dismissed or defendants being dismissed pursuant
to Federal Rule of Civil Procedure 4(m).**

Sue L. Robinson

UNITED STATES DISTRICT JUDGE