**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DAVID S. YARNALL, | ) | |
| | ) | |
| Plaintiff, | ) | CONSOLIDATED |
| | ) | |
| v. | ) | CIV. No.: 05-527-SLR |
| | ) | |
| CPL. ANTHONY MENDEZ, DELAWARE | ) | CIV. NO.: 06-501-SLR |
| STATE POLICE - TROOP 7, PTLM | ) | |
| LOWE, UNKNOWN OFFICERS WHO | ) | CIV. NO.: 06-529-SLR |
| RESPONDED TO SCENE OF | ) | |
| MILLSBORO POLICE, AND PFC | ) | |
| BUCHERT, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

To:  U.S. District Court Clerk
     District of Delaware
     844 North King Street
     Wilmington, DE 19801

**PLEASE ENTER** the appearance of the undersigned attorney on behalf of defendants Lowe and PFC Buchert.

                                         **AKIN & HERRON, P.A.**

                                         /s/ Bruce C. Herron
                                         Bruce C. Herron
                                         Attorney I.D. No.: 2315
                                         1220 N. Market Street
                                         Suite 300
                                         P.O. Box 25047
                                         Wilmington, DE 19899
                                         (302) 427-6987

H:\tmw5\data\files\Docs\3651.038\EOA\6089.WPD