IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

DAVID SCOTT YARNALL
PLAINTIFF
VS

CPL ANTHONY MENDEZ
DELAWARE STATE POLICE TROOP 7,
PTLM LOWE, UNKNOWN OFFICERS
WHO RESPONDED TO SCENE OF
MILLSBORO POLICE AND PFC BUCHERT

MOTION FOR
APPOINTMENT OF
COUNSEL

CIVIL ACTION No. 05-527-SLR

PURSUANT TO 28 U.S.C. § 1915(e)(1) PLAINTIFF MOVES FOR AN ORDER APPOINTING COUNSEL TO REPRESENT HIM IN THIS CASE. IN SUPPORT OF THIS MOTION, PLAINTIFF STATES:

1) PLAINTIFF HAS MADE REPEATED EFFORTS TO OBTAIN A LAWYER IN THE LITTLE TIME I WAS OUT OF JAIL. I WAS NOT ABLE TO FIND A LAWYER IN SUSSEX COUNTY. ALL LETTERS SENT TO ME ARE GONE FROM WHERE I WAS RESIDING. I NEED A LAWYER TO SPEAK FOR ME. I'VE DONE ALL THE WORK.

2. MY IMPRISONMENT GREATLY LIMITS MY ABILITY TO LITIGATE. I BELIEVE NOW, CONSIDERING THE STRUCTURE OF THIS LEGAL SYSTEM IN DE, MY CASE IS COMPLEX.



FILED
NOV 22 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

DAVID S. YARNALL 548973

S.C.I
P.O. BOX 500