**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DAVID S. YARNALL, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>CPL. ANTHONY MENDEZ, DELAWARE )<br>STATE POLICE - TROOP 7, and )<br>MILLSBORO POLICE DEPARTMENT, )<br>)<br>    Defendants. )<br>) | C.A. No.: 05-527-SLR |

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that on this 4th day of December, 2006, a copy of the **ANSWER, AFFIRMATIVE DEFENSES AND CROSS-CLAIM FOR INDEMNIFICATION AND CONTRIBUTION OF DEFENDANT PFC BUCHERT TO COMPLAINT FILED IN C.A. NO.06-529-SLR** was mailed first class to the following party:

David S. Yarnall
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

and was electronically filed with the Clerk of the Court using CM/ECF which will send notifications of such filing(s) to counsel listed below:

Michael W. Tupman, Esquire
Department of Justice
102 West Water Street, Third Floor
Dover, DE 19904-6750

**AKIN & HERRON, P.A.**

/s/ Bruce C. Herron
Bruce C. Herron
Attorney I.D. No.: 2315
1220 N. Market Street
Suite 300
P.O. Box 25047
Wilmington, DE 19899
(302) 427-6987

H:\tmw5\data\files\Docs\3651.038\COS\6191.WPD