# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID S. YARNALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CONSOLIDATED |
| vs. ) | Civ. No. 05-527-SLR |
| ) | Civ. No. 06-501-SLR |
| CORPORAL ANTHONY MENDEZ, ) | Civ. No. 06-520-SLR |
| DELAWARE STATE POLICE TROOP 7, ) | |
| PTLM LOWE and PFC BUCHERT,    ) | |
| of the MILLSBORO POLICE DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on December 6, 2006 defendants Corporal Anthony Mendez and the Delaware State Police served the plaintiff with responses to his first set of interrogatories.

                Respectfully submitted,

                /s/ W. Michael Tupman
                W. Michael Tupman
                Deputy Attorney General
                Delaware Department of Justice
                102 West Water Street, 3rd Floor
                Dover, DE  19904
                (302) 739-7641

                Attorney for Corporal Anthony Mendez
                      and Delaware State Police

Dated: December 6, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of December, 2006, I filed and served electronically the foregoing Notice of Service; on that same date, I sent a hard-copy of that Notice of Service by first-class U.S. Mail, postage prepaid, to the Clerk of the Court; and on that same date I sent two hard copies of that Notice of Service by first-class U.S. Mail, postage prepaid, to:

>David S. Yarnell
>I/M 548973
>Sussex County Correctional Institution
>Building HUI
>P.O. Box 500
>Georgetown, DE 19947
>Plaintiff *pro se*

>Bruce C. Herron, Esquire
>Akin & Herron, P.A.
>1220 Market Street, Suite 300
>P.O. Box 25047
>Wilmington, DE 19899
>Attorney for Defendants Lowe and Buchert

        /s/ W. Michael Tupman
        W. Michael Tupman

I:\TUPMAN\FILES\yarnell.notice.service.interr.wpd