## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID S. YARNALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CONSOLIDATED |
| vs. ) | Civ. No. 05-527-SLR |
| ) | Civ. No. 06-501-SLR |
| CORPORAL ANTHONY MENDEZ, ) | Civ. No. 06-520-SLR |
| DELAWARE STATE POLICE TROOP 7, ) | |
| PTLM LOWE and PFC BUCHERT, ) | |
| MILLSBORO POLICE DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |

**STATE DEFENDANTS' RESPONSES TO PLAINTIFF'S**
**FIRST AND SECOND DOCUMENT PRODUCTION REQUESTS**

Pursuant to Rule 34(b) of the Federal Rules of Civil Procedure, the Department of Justice, on behalf of defendants Corporal Anthony Mendez and Delaware State Police (together, "the State Defendants"), responds to plaintiff's first and second requests for production of documents. The numbered paragraphs in this response correspond to the numbered paragraphs in plaintiff's requests for production.

**First Request for Production**

1. Video tape produced December 6, 2006

2. Police reports produced December 6, 2006.

3. Letter from Internal Affairs produced December 6, 2006.

4. Medical records produced December 6, 2006.

**Second Request for Production**

    1.    Arrest warrant with exhibits produced December 6, 2006.

In addition, the State Defendants have produced the audio-cassette of an interview of the plaintiff by Corporal Mendez following plaintiff's arrest.

                                          Respectfully submitted,

                                          /s/ W. Michael Tupman, Esquire
                                          W. Michael Tupman, Esquire
                                          Deputy Attorney General
                                          Delaware Department of Justice
                                          102 West Water Street, 3rd Floor
                                          Dover, DE  19904
                                          (302) 739-7641

                                          Attorney for Corporal Anthony Mendez
                                               and Delaware State Police

Dated: December 6, 2006

I:\TUPMAN\FILES\yarnell.doc.prod.response.wpd