12/2/06

TO WHOM IT CONCERNS,                              CASE NO. 05-527-SLR

WOULD SOMEBODY LET ME KNOW IF THE VIDEO OF MY ARREST GOT TO CHIEF JUDGE SUE L. ROBINSONS HANDS? THE TAPE HAS MENDEZ VS YARNALL ON IT. I WOULD GREATLY APPRECIATE A LETTER BACK, THANKS.

P.S. I KNOW THAT YOU CAN NOT GIVE ME LEGAL ADVICE, BUT WHAT ARE MY CHANCES OF GETTING A DEPOSITION ARRANGED FOR MY CASE?

Sincerly,
David S. Yarnall 548975
P.O. Box 500
Georgetown DE
19947

I/M: D.S. Jordan  54873  BLDG: KeyB
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE PB 223030
$00.390  DEC 04 06
19947

CLERK OF THE COURT
U.S. DISTRICT COURT
844 N. KING ST LOCKBOX 18
WILMINGTON DE
19801