12/06/06

05-527-SLR

PETER DALLEO,

THIS IS A FOLLOW-UP TO FIND OUT IF THE VIDEO
OF MY ARREST HAS BEEN RECEIVED BY KISHA
SMITH TO THE COURT. HAS THE COURT SEEN THE
VIDEO?



05CV 527 SLR

FILED

DEC 11 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SINCERELY,

DAVID YARNALL

IM: Dario Velarde 648173 BLDG. Key B
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

OFFICE OF THE CLERK
U.S District Court
844 N. King St Lockbox 18
Wilmington DE
19801

1156 U.S. POSTAGE PB22
7998 $01.350
9998 DEC 4