IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

DAVID SCOTT YARNALL

vs

CPL. ANTHONY MENDEZ ET AL
DELAWARE STATE POLICE TROOP 7,
PTLM LOWE, UNKNOWN OFFICERS WHO
RESPONDED TO SCENE OF MILLSBORO
POLICE AND PFC BUCKERT

NO. 05-527-SLR

NOTICE OF MOTION

TO: OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 N. KING ST. LOCKBOX 18
WILMINGTON, DE 19801



FILED
DEC 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLEASE TAKE NOTICE THAT THE ATTACHED MOTION FOR PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS WILL BE PRESENTED AT THE CONVENIENCE OF THE HONORABLE COURT.

DAVID SCOTT YARNALL 548973
DSY
S.C.I.
P.O. BOX 500
GEORGETOWN DE 19947

DATED: 12/06/06

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

DAVID SCOTT YARNALL
PLAINTIFF

VS

CPL. ANTHONY MENDEZ ET AL
DELAWARE STATE POLICE TROOP 7
PTLM LOWE, UNKNOWN OFFICERS
WHO RESPONDED TO SCENE OF
MILLSBORO POLICE AND PFC. BUCHERT
DEFENDANTS

PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

CIVIL ACTION NO. 05-527-SLR

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff requests Defendants, CPL. Anthony Mendez et al produce for inspection and/or the following documents:

1. Video 7SP 6345/Tape 7-218 of CPL. Anthony Mendez's in-car camera of the arrest of David Scott Yarnall on May 11th 2005.

2. Police report of reporting officer CPL. Anthony Mendez 3862.2 (Pgs. 1-8) of David Scott Yarnall on the night of May 11th 2005.

3. Police report of reporting officer CPL. Kelly 32272 001 of Troop 7.

4. Police report of reporting officer PTLM Lowe 10732 001.

5. Police report of reporting officer PFC. Buchert 1065 2.

6. All pages of Exhibit A and B of CPL. Mendez's adult complaint and warrant from the Justice of the Peace, Court 3 in Sussex County, May 12 2005 at 5:10 AM.

7. Letter from LT. Mark Daniels, Internal Affairs Division, Delaware State Police that states David Scott Yarnall's allegations against CPL. Anthony Mendez 3862 2 for excessive force has been ruled as exonerated by Administrative Staff dated August 31st 2005.

8. Medical records from Beebe Medical Center in Lewes, DE of David Scott Yarnall.

9. Video of in-car camera of PTLM Lowes Police cruiser of May 11th 2005

DATED: 12/06/06                    SIGNED: [signature]

CERTIFICATE OF SERVICE

I, DAVID SCOTT YARNALL HEREBY CERTIFY THAT I SERVED A TRUE AND CORRECT COPY OF THE ATTACHED MOTION UPON THE FOLLOWING PARTY, ON THE 6 DAY OF DECEMBER 2006.

| | |
|---|---|
| ATTORNEY GENERAL<br>DEPT OF JUSTICE<br>102 WEST WATER ST 3RD FL<br>DOVER, DE 19904 | AKIN AND HERRON P.A.<br>/S/ BRUCE C. HERRON<br>1220 N. MARKET ST<br>SUITE 300<br>P.O. BOX 25047<br>WILMINGTON DE 19899 |
| CHIEF EXECUTIVE OFFICER OF THE CITY OF MILLSBORO<br>322 WILSON HIGHWAY<br>MILLSBORO, DE 19966 | |

DATED: 12/6/06

SIGNATURE OF MOVANT   (NOTARIZATION NOT REQUIRED)