# Multi Media Document