STATE OF DELAWARE
DEPARTMENT OF JUSTICE
102 WEST WATER STREET
DOVER, DELAWARE 19904

15-01-01

"BUSINESS, PENALTY FOR PRIVATE USE $300."

RECEIVED
DEC 08 2006
SCI MAILROOM

PETER DAUSO
CLERK OF COURT

Please forward to

U.S. District Court
844 N King St LockBox 18
Wilmington DE 19801

DAVID S YARNELL
IM 548973
SUSSEX COUNTY CORRECTIONAL
INSTITUTION
BUILDING HU
PO BOX 500
GEORGETOWN DE 19947

US MAIL

05-527-SLR

RECEIVED
DEC 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE