# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID S. YARNALL, | ) |
| | ) |
| Plaintiff, | ) |
| | )  CONSOLIDATED |
| vs. | )  Civ. No. 05-527-SLR |
| | )  Civ. No. 06-501-SLR |
| CORPORAL ANTHONY MENDEZ, | )  Civ. No. 06-520-SLR |
| DELAWARE STATE POLICE TROOP 7, | ) |
| PTLM LOWE and PFC BUCHERT, | ) |
| MILLSBORO POLICE DEPARTMENT, | ) |
| | ) |
| Defendants. | ) |

## STATE DEFENDANTS' RESPONSE TO CROSS-CLAIM

The Department of Justice, on behalf of Corporal Anthony Mendez and the Delaware State Police ("the State Defendants"), respond to the cross-claim of Defendants Lowe, Buchert, and the Millsboro Police Department ("the Millsboro Defendants") for contribution.

## FIRST AFFIRMATIVE DEFENSE

Eleventh Amendment sovereign immunity bars the claim for contribution against the State Defendants. The cross-claim is derivative of plaintiff's Section 1983 action, and is not a Section 1983 action against Corporal Mendez in his individual capacity for violation of the Millsboro Defendants' civil rights. A political subdivision cannot maintain a civil rights action against the State that created it.

**SECOND AFFIRMATIVE DEFENSE**

The cross-claim for contribution fails to state a claim upon which relief can be granted as a matter of law.  The issue of contribution in a civil rights action is controlled by federal, not state, law.  Federal common law does not recognize a right of contribution in a Section 1983 action.

                Respectfully submitted,

                /s/ W. Michael Tupman
                W. Michael Tupman
                Deputy Attorney General
                Delaware Department of Justice
                102 West Water Street, 3rd Floor
                Dover, DE  19904
                (302) 739-7641

                Attorney for Corporal Mendez and
                      Delaware State Police

Dated: December 15, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of December, 2006, I filed and served electronically the State Defendants' Response to Cross-Claim; on that same date, I sent a hard-copy of that Response to Cross-Claim by first-class U.S. Mail, postage prepaid, to the Clerk of the Court; and on that same date I sent two hard copies of that Response to Cross-Claim by first-class U.S. Mail, postage prepaid, to:

    David S. Yarnell
    I/M 548973
    Sussex County Correctional Institution
    Building HUI
    P.O. Box 500
    Georgetown, DE 19947
    Plaintiff *pro se*

    Bruce C. Herron, Esquire
    Akin & Herron, P.A.
    1220 Market Street, Suite 300
    P.O. Box 25047
    Wilmington, DE 19899
    Attorney for Defendants Lowe and Buchert

    /s/ W. Michael Tupman
    W. Michael Tupman

I:\TUPMAN\FILES\yarnall.answer.crossclaim.wpd