IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

DAVID SCOTT YARNALL

VS

CPL. ANTHONY MENDEZ
DELAWARE STATE POLICE TROOP 7
PTLM COOK, UNKNOWN OFFICERS WHO          NO: 05-527-SLR
RESPONDED TO SCENE OF MILLSBORO
POLICE AND PFC BUCHERT

NOTICE OF MOTION

TO : CLERK OF THE COURT

U.S. DISTRICT COURT

844 N. KING ST LOCKBOX 18

WILMINGTON DE 19801



FILED

DEC 18 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RP scanned

PLEASE TAKE NOTICE THAT THE ATTACHED MOTION FOR
SUMMARY JUDGEMENT WILL BE REQUESTED AT THE
CONVENIENCE OF THE HONORABLE COURT.

DAVID SCOTT YARNALL 548973

DSY

BCI

P.O. BOX 500

DATED: 12/13/06          GEORGETOWN DE 19947

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE


DAVID SCOTT YARNALL
PLAINTIFF

VS

CPL ANTHONY MENDEZ ET AL
DELAWARE STATE POLICE TROOP 7
PTLM LOWE, UNKNOWN OFFICERS WHO          No. 05-527-SLR
RESPONDED TO SCENE OF MILLSBORO
POLICE AND PFC BUCHERT
        DEFENDANTS


PURSUANT TO RULE 56 OF THE FEDERAL RULES OF CIVIL

PROCEDURE THE PLAINTIFF DAVID SCOTT YARNALL REQUESTS

THE HONORABLE COURT FOR A SUMMARY JUDGEMENT.


DATED: 12/13/06                          SIGNATURE:

## CERTIFICATE OF SERVICE

I, DAVID SCOTT YARNALL HEREBY CERTIFY THAT I HAVE SERVED A TRUE AND CORRECT COPY OF THE 12TH ATTACHED MOTION UPON THE FOLLOWING PARTY ON THE DECEMBER DAY OF, 2006

ATTORNEY GENERAL
DEPT OF JUSTICE
102 WEST WATER ST 3RD FL.
DOVER DE 19904

AKIN & HERRON
P.O. BOX 25047
WILMINGTON DE 19899

CHIEF EXECUTIVE OFFICER OF THE CITY OF MILLSBORO
322 WILSON HIGHWAY
MILLSBORO DE 19966

DATED: 12/13/06

SIGNATURE OF MOVANT
(NOTARIZATION NOT REQUIRED)