## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID S. YARNALL, | ) | |
| | ) | |
| Plaintiff, | ) | CONSOLIDATED |
| | ) | |
| v. | ) | CIV. No.: 05-527-SLR |
| | ) | |
| CPL. ANTHONY MENDEZ, DELAWARE | ) | CIV. NO.: 06-501-SLR |
| STATE POLICE - TROOP 7, PTLM | ) | |
| LOWE, UNKNOWN OFFICERS WHO | ) | CIV. NO.: 06-529-SLR |
| RESPONDED TO SCENE OF | ) | |
| MILLSBORO POLICE, AND PFC | ) | |
| BUCHERT, | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL OF CROSS-CLAIMS

Defendants Ptlm Lowe, PFC Buchert, Cpl. Anthony Mendez and
Delaware State Police Troop 7, by and through their undersigned
counsel, hereby stipulate and agree that the cross-claims filed
by Ptlm Lowe and PFC Buchert against Cpl. Anthony Mendez and
Delaware State Police Troop 7 shall be dismissed.

| | |
|---|---|
| **DEPARTMENT OF JUSTICE** | **AKIN & HERRON, P.A.** |
| /s/ Michael W. Tupman | /s/ Bruce C. Herron |
| Michael W. Tupman | Bruce C. Herron |
| Attorney I.D. No. 3040 | Attorney I.D. No.: 2315 |
| 102 West Water Street, 3rd Floor | 1500 Shallcross Avenue |
| Dover, DE 19904-6750 | Suite 1-A |
| Attorney for Cpl. Mendez & | Wilmington, DE 19806 |
| Delaware State Police Troop 7 | (302) 427-6987 |
| | Attorneys for Defendants |
| | Ptlm Lowe and PFC Buchert |
| Dated: December 20, 2006 | Dated: December 20, 2006 |

H:\tmw5\data\files\Docs\3651.038\SOD\6336.WPD