# Multi Media Document filed with the Clerk's Office