IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID S. YARNALL, | ) | |
| | ) | |
| Plaintiff, | ) | CONSOLIDATED |
| | ) | |
| v. | ) | CIV. No.: 05-527-SLR |
| | ) | |
| CPL. ANTHONY MENDEZ, DELAWARE | ) | CIV. NO.: 06-501-SLR |
| STATE POLICE - TROOP 7, PTLM | ) | |
| LOWE, UNKNOWN OFFICERS WHO | ) | CIV. NO.: 06-529-SLR |
| RESPONDED TO SCENE OF | ) | |
| MILLSBORO POLICE, AND PFC | ) | |
| BUCHERT, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS PTLM LOWE AND PFC BUCHERT'S MOTION FOR LEAVE TO FILE A MEMORANDUM OF POINTS AND AUTHORITIES IN LIEU OF AN OPENING BRIEF**

Defendants Ptlm Lowe and PFC Buchert request permission to file a Memorandum of Points and Authorities in support of their Motion for Clarification of the Court's August 10, 2006 Order pursuant to Dist. Ct. L.R. 7.1.2. (b) in lieu of an opening brief.  In support of their Motion, defendants state as follows:

1.  Dist. Ct. L.R. 7.1.2. (b) provides that " the Court may order or the parties may agree to serve and file...statements of points and authorities in memorandum form in place of briefs."

2.  Plaintiff is pro se.  The arguments set forth in defendants' Motion for Clarification do not require complex factual or legal analysis.

**WHEREFORE**, defendants Ptlm Lowe and PFC Buchert respectfully request permission to file a Memorandum of Points and Authorities in lieu of an opening brief.

**AKIN & HERRON, P.A.**

/s/ Bruce C. Herron
Bruce C. Herron
Attorney I.D. No.: 2315
1500 Shallcross Avenue
Suite 1-A
Wilmington, DE 19806
(302) 427-6987
Attorneys for Defendants
Ptlm Lowe and PFC Buchert

**SO ORDERED** this ____ Day of _____, 2006.

Dated: December 21, 2006

H:\tmw5\data\files\Docs\3651.038\MOT\6351.WPD