**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DAVID S. YARNALL, | ) | |
| | ) | |
| Plaintiff, | ) | CONSOLIDATED |
| | ) | |
| v. | ) | CIV. No.: 05-527-SLR |
| | ) | |
| CPL. ANTHONY MENDEZ, DELAWARE | ) | CIV. NO.: 06-501-SLR |
| STATE POLICE - TROOP 7, PTLM | ) | |
| LOWE, UNKNOWN OFFICERS WHO | ) | CIV. NO.: 06-529-SLR |
| RESPONDED TO SCENE OF | ) | |
| MILLSBORO POLICE, AND PFC | ) | |
| BUCHERT, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that on this 21st day of December, 2006, a copy of the **MOTION FOR LEAVE TO FILE A MEMORANDUM OF POINTS AND AUTHORITIES IN LIEU OF AN OPENING BRIEF OF DEFENDANTS PTLM LOWE AND PFC BUCHERT** was mailed first class to the following party:

David S. Yarnall
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

and was electronically filed with the Clerk of the Court using CM/ECF which will send notifications of such filing(s) to counsel listed below:

Michael W. Tupman, Esquire
Department of Justice
102 West Water Street, Third Floor
Dover, DE 19904-6750

**AKIN & HERRON, P.A.**

<u>/s/ Bruce C. Herron</u>
Bruce C. Herron
Attorney I.D. No.: 2315
1500 Shallcross Avenue
Suite 1-A
Wilmington, DE 19806
(302) 427-6987
Attorneys for Defendants
Ptlm Lowe and PFC Buchert

H:\tmw5\data\files\Docs\3651.038\COS\6360.WPD