IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

DAVID SCOTT YARNALL
PLAINTIFF
VS
CPL. ANTHONY MENDEZ ET AL
DELAWARE STATE POLICE TROOP 7
ATLM LOWE, UNKNOWN OFFICERS WHO
RESPONDED TO SCENE OF MILLSBORO POLICE
AND PFC BUCHERT
DEFENDANTS

PLAINTIFF'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS

NO: 05-527-SLR

FILED JAN - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PURSUANT TO RULE 34 OF THE FEDERAL RULES OF CIVIL PROCEDURE, PLAINTIFF REQUESTS THAT DEFENDANTS, CPL ANTHONY MENDEZ ET AL PRODUCE FOR INSPECTION AND/OR COPYING THE FOLLOWING DOCUMENTS:

① DELAWARE STATE POLICE DIVISIONAL POLICY BOOK

② DELAWARE STATE POLICE RULES AND REGULATIONS BOOK

DAVID SCOTT YARNALL

DATED: 12/27/06

# CERTIFICATE OF SERVICE

I, DAVIDS YARNALL, hereby certify that I have served a true and correct copy of the attached motion upon the following party, on the 27 day of DECEMBER, 2006.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\* Circle the Department of Justice you are serving\*\*

| Deputy Attorney General | Deputy Attorney General | Deputy Attorney General |
|---|---|---|
| Department of Justice | Department of Justice (circled) | Department of Justice |
| 820 North French Street | 102 West Water Street | 114 East Market Street |
| Wilmington, DE 19801 | Dover, DE 19904 | Georgetown, DE 19947 |

12/27/06
Date Signed

_____
Signature of Movant (Notarization not required)

AKIN & HERRON
BRUCE C. HERRON
1500 SHALLCROSS AVE.
SUITE 1-A
WILMINGTON DE 19806

I/M: Dunos Yoenall 548473 BLDG: Kryo
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

1866
7929    U.S. POSTAGE  PB 2230370
7273    $00.630       DEC 29 06
                                 19947

Clerk of the Court
U.S. District Court
844 N. King St. LockBox 18
Wilmington, DE
19801