IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

DAVID SCOTT YARNALL

VS

CPL. ANTHONY MENDEZ ET AL
DELAWARE STATE POLICE TROOP 7
PTLM LOWE, UNKNOWN OFFICERS WHO
RESPONDED TO SCENE OF MILLSBORO POLICE
AND PFC BUCHERT

NO: 05-527-SLR

NOTICE OF MOTION

TO: CLERK OF THE COURT
U.S. DISTRICT COURT
844 N. KING ST LOCKBOX 18
WILMINGTON, DE 19801



JAN - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLEASE TAKE NOTICE THAT THE ATTACHED MOTION FOR PLAINTIFF'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS WILL BE PRESENTED AT THE CONVENIENCE OF THE HONORABLE COURT.

DAVID SCOTT YARNALL 548973
S.C.I.
P.O. BOX 500
GEORGETOWN DE 19947

DATED: 12/27/06