IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

DAVID SCOTT YARNALL

VS

CPL. ANTHONY MENDEZ ET AL
DELAWARE STATE POLICE TROOP 7
ATLM LOWE, UNKNOWN OFFICERS WHO
RESPONDED TO SCENE OF MILLSBORO POLICE
AND PFC BUCHERT

NO. 05-527-SLR

NOTICE OF MOTION

TO: CLERK OF THE COURT
U.S. DISTRICT COURT
844 N. KING ST LOCKBOX 18
WILMINGTON DE 19801

FILED

JAN – 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BO scanned

PLEASE TAKE NOTICE THAT THE ATTACHED MOTION FOR
AMENDMENT OF THE CLOSING ARGUEMENTS OF
DAVID S. YARNALL'S BRIEF WILL BE PRESENTED AT
THE CONVENIENCE OF THE HONORABLE COURT.

DAVID SCOTT YARNALL
DSY
S.C.I.
P.O. BOX 500
GEORGETOWN DE 19947

DATED: 12/29/06