IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID S. YARNELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-527-SLR |
| | ) |
| CORPORAL ANTHONY MENDEZ, | ) |
| DELAWARE STATE POLICE-Troop 7, | ) |
| PTLM LOWE, UNKNOWN OFFICERS | ) |
| WHO RESPONDED TO SCENE OF | ) |
| MILLSBORO POLICE, and PFC | ) |
| BUCHERT, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 4th day of January, 2007, having reviewed defendants PTLM Lowe and PFC Duchert's motion for clarification;

IT IS ORDERED that said motion (D.I. 82) is granted and the scheduling order of August 10, 2006 is modified as follows:

1. **Discovery.** All discovery in this case shall be completed on or before **April 4, 2007**.

2. **Summary Judgment Motions**. All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **May 4, 2007**. Answering briefs and affidavits, if any, shall be filed on or

2

before **May 18, 2007.**  Reply briefs shall be filed on or before **May 25, 2007.**

                                                                _____
                                                                United States District Judge