IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID S. YARNALL,           ) | |
| ) | |
| Plaintiff,            ) | CONSOLIDATED |
| ) | |
| v.                          ) | CIV. No.: 05-527-SLR |
| ) | |
| CPL. ANTHONY MENDEZ, DELAWARE ) | CIV. NO.: 06-501-SLR |
| STATE POLICE – TROOP 7, PTLM ) | |
| LOWE, UNKNOWN OFFICERS WHO   ) | CIV. NO.: 06-529-SLR |
| RESPONDED TO SCENE OF        ) | |
| MILLSBORO POLICE, AND PFC    ) | |
| BUCHERT,                     ) | |
| ) | |
| Defendants.          ) | |

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on this 19th day of February, 2007, **DEFENDANT PTLM LOWE'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** were electronically filed with the Clerk of the Court using CM/ECF and were mailed first class to the following parties listed below:

David S. Yarnall
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Michael W. Tupman, Esquire
Department of Justice
102 West Water Street, Third Floor
Dover, DE 19904-6750

**AKIN & HERRON, P.A.**

/s/ Bruce C. Herron
Bruce C. Herron
Attorney I.D. No.: 2315
1500 Shallcross Avenue
Suite 1-A
Wilmington, DE 19806
(302) 427-6987
Attorneys for Defendants
Ptlm Lowe and PFC Buchert

H:\tmw5\data\files\Docs\3651.038\COS\6740.WPD