50X

2/23/07

Dear Peter Dalleo,

Would you please make sure Chief Judge Sue L. Robinson understands this. From what I remember, I did not see any pepper spray on Mendez's utility belt in the video. I was unable to review the state's copy here at S.C.I. I was told that I couldn't but maybe you could do something about that. Peter Dalleo never answered my last letter on if the court received my original copy?? Seems to me, why would Mendez hold onto the flashlight the entire time? He didn't, I believe the flashlight and his gun was all he had. Millsboro never sent their police reports. I hope you received the ones I sent. One more thing, arent I in custody if I'm all ready handcuffed?

Sincerly,

David S. Yarnall 548973
S.C.I.
P.O. Box 500
Georgetown DE 19947

FILED
FEB 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I/M: David S. Vosenall BLDG: Meyo
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Peter Dalleo
Clerk of the Court
U.S. District Court
844 N. King St Lockbox 18
19801