## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID S. YARNALL, )<br>)<br>       Plaintiff, )<br>) | |
| ) | CONSOLIDATED |
| vs. ) | Civ. No. 05-527-SLR |
| ) | Civ. No. 06-501-SLR |
| CORPORAL ANTHONY MENDEZ, ) | Civ. No. 06-520-SLR |
| DELAWARE STATE POLICE TROOP 7, ) | |
| PTLM LOWE and PFC BUCHERT, ) | |
| MILLSBORO POLICE DEPARTMENT, ) | |
| ) | |
|        Defendants. ) | |

**STATE DEFENDANTS' RESPONSE TO PLAINTIFF'S
THIRD DOCUMENT PRODUCTION REQUEST**

Pursuant to Rule 34(b) of the Federal Rules of Civil Procedure, the Department of Justice, on behalf of defendants Corporal Anthony Mendez and Delaware State Police (together, "the State Defendants"), responds to plaintiff's third document production request. The numbered paragraphs in this response correspond to the numbered paragraphs in that request.

    1.    On April 4, 2007, the State Defendants produced the sections of the Delaware State Police Divisional Manual regarding use of force. The State Defendants object to the production of the entire Divisional Manual as irrelevant, overbroad, and burdensome.

2.      On April 4, 2007, the State Defendants produced the sections of the Delaware State Police Rules and Regulations regarding use of force.  The State Defendants object to the production of the entire Rules and Regulations as irrelevant, overbroad, and burdensome.

Respectfully submitted,

/s/ W. Michael Tupman, Esquire
Deputy Attorney General
Delaware Department of Justice
102 West Water Street, 3rd Floor
Dover, DE  19904
(302) 739-7641

Attorney for Corporal Anthony Mendez
             and Delaware State Police

Dated: April 4, 2007

I:\TUPMAN\FILES\yarnall.doc.prod.response3.wpd