# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID S. YARNALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CONSOLIDATED |
| vs. | ) | Civ. No. 05-527-SLR |
| | ) | Civ. No. 06-501-SLR |
| CORPORAL ANTHONY MENDEZ, | ) | Civ. No. 06-520-SLR |
| DELAWARE STATE POLICE TROOP 7, | ) | |
| PTLM LOWE and PFC BUCHERT, | ) | |
| MILLSBORO POLICE DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on April 4, 2007 defendants Corporal Anthony Mendez and the Delaware State Police served the plaintiff with responses to his third document production request.

Respectfully submitted,

 /s/ W. Michael Tupman, Esquire
Deputy Attorney General
Delaware Department of Justice
102 West Water Street, 3rd Floor
Dover, DE  19904
(302) 739-7641

Attorney for Corporal Mendez and
     Delaware State Police

Dated: April 4, 2007

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April 4, 2007, I filed and served electronically the foregoing Notice of Service; on that same date, I sent a hard-copy of that Notice of Service by first-class U.S. Mail, postage prepaid, to the Clerk of the Court together with copies of the discovery materials provided to the plaintiff; and on that same date I sent two hard copies of that Notice of Service and the requested discovery materials by first-class U.S. Mail, postage prepaid, to:

> David S. Yarnell
> I/M 548973
> Sussex County Correctional Institution
> Building HUI
> P.O. Box 500
> Georgetown, DE 19947
> Plaintiff *pro se*

> Bruce C. Herron, Esquire
> Akin & Herron, P.A.
> 1220 Market Street, Suite 300
> P.O. Box 25047
> Wilmington, DE 19899
> Attorney for Defendants Lowe and Buchert

           /s/ W. Michael Tupman, Esquire

I:\TUPMAN\FILES\yarnell.notice.service.doc.wpd