4/14/07

CASE NO. 05-527-SLR

Dear Peter Dalleo,

This letter is concerning about video 7SP 6345/Tape 7-218. Please make aware of whoever studies or reviews the video about this: About 15 seconds or so after my head touches the hood, sirens can be heard and I lift my head. That's when PC2 acts like he's going to hit me with the flashlight. My point is, I know there was cops on the other side of the hood up until the point I got attacked by Millsboro. Whoever reviews the video please let the judge know that watch Mendez in the video. He never looks across the hood and that looks suspicious and intentional. Mendez doesn't order PC2 to go into my pocket either, nor does he order PC3 to get the flashlight from PC2 while I'm attacked by Millsboro. Other cops were giving orders.



Sincerly,
David Scott Yarnall 548920
S.C.I.
P.O. Box 500
Georgetown, DE 19947

Dated: 4/14/07

FILED
APR 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

SBI#973
I/M: D.S. VARNALL    BLDG: KEY
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

OFFICE OF THE CLERK
C/O PETER DALLEO
U.S. DISTRICT COURT
844 N. KING ST LOCKBOX 18
WILMINGTON DE 19801

U.S. POSTAGE $00.390
APR 17 07
19947