OFFICE OF THE CLERK
U.S. DISTRICT COURT

DAVID SCOTT YARNALL

vs

CPL ANTHONY MENDEZ ET AL
DELAWARE STATE POLICE, TROOP 7
PFM LOWE, UNKNOWN POLICE OFFICERS WHO
RESPONDED TO THE SCENE OF MILLSBORO POLICE
AND PFC BUCHERT

LETTER OF RELEASE OF 1 COPY OF VIDEO TSP 6345 / TAPE 7-218 TO RITA CARNEVALE (ATTORNEY IN FACT)

CIV. ACTION NO 05-527-SLR

TO: PETER DALLEO
OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 N. KING ST LOCKBOX 18
WILMINGTON DE 19801

RECEIVED APR 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MR. DALLEO,

PLEASE RELEASE A COPY OF MY VIDEO TO RITA CARNEVALE, ADDRESS - 717A N. UNION ST, WILMINGTON DE 19805. I KNOW THAT THE OFFICE OF THE CLERK IS NOT HELD RESPONSIBLE. THANK-YOU

DAVID SCOTT YARNALL
548973
S.C.I.
P.O. BOX 500
GEORGETOWN DE 19947

DATE: 4/24/07