IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID S. YARNALL, | ) | |
| | ) | |
| Plaintiff, | ) | CONSOLIDATED |
| | ) | |
| v. | ) | CIV. No.: 05-527-SLR |
| | ) | |
| CPL. ANTHONY MENDEZ, DELAWARE | ) | CIV. NO.: 06-501-SLR |
| STATE POLICE - TROOP 7, PTLM | ) | |
| LOWE, UNKNOWN OFFICERS WHO | ) | CIV. NO.: 06-529-SLR |
| RESPONDED TO SCENE OF | ) | |
| MILLSBORO POLICE, AND PFC | ) | |
| BUCHERT, | ) | |
| | ) | |
| Defendants. | ) | |

<u>**REPLY BRIEF OF DEFENDANTS PTLM LOWE AND PFC BUCHERT IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**</u>

AKIN & HERRON, P.A.
Bruce C. Herron
Attorney I.D. No.: 2315
1500 Shallcross Avenue
Suite 1-A
Wilmington, Delaware  19806
(302) 427-6987
Attorney for Defendants
Ptlm Lowe and PFC Buchert

Dated: May 23, 2007

<u>Table of Contents</u>

                                                                    <u>Page</u>

TABLE OF CITATIONS .................................... 3

ARGUMENT .............................................. 4

    I.   PLAINTIFF HAS FAILED TO PRODUCE EVIDENCE
        SUFFICIENT TO RAISE A QUESTION OF FACT AS
        TO THE REASONABLENESS OF THE OFFICERS'
        USE OF FORCE

CONCLUSION ............................................ 5

## Table of Citations

**CASES**                                                                 **PAGE**

<u>Celotex Corp. v. Catrett</u> ............................. 4
    477 U.S. 317 (1986)

<u>Dowling v. City of Philadelphia</u> ....................... 4
    855 F.2d 136 (3d Cir. 1988)

## ARGUMENT

1. **PLAINTIFF HAS FAILED TO PRODUCE EVIDENCE SUFFICIENT TO RAISE A QUESTION OF FACT AS TO THE REASONABLENESS OF THE OFFICERS' USE OF FORCE**

Plaintiff's Answering Brief asserts that Ptlm Lowe and PFC Buchert "lie(s) about everything" and restates allegations in the Complaint. Plaintiff did not include any affidavits or other supporting evidence. Plaintiff has "failed to make a showing sufficient to establish the existence of an element essential to his case, and on which he will bear the burden of proof at trial." Celotex Corp. v. Catrett, 477 U.S. 317, 322 (1986).

The Affidavits of Officers Lowe and Buchert show they did not use excessive force while assisting Cpl. Mendez in his arrest of plaintiff. Because the supporting materials submitted by defendants establish that defendants Lowe and Buchert acted reasonably, and plaintiff puts forth no evidence to the contrary, there is no genuine issue of material fact. See Dowling v. City of Philadelphia, 855 F.2d 136, 143-144 (3d Cir. 1988) (Plaintiff may not rely on denials of defendant's contentions and reiteration of allegations in the Complaint to defeat motion for summary judgment but must instead point to affidavits or other evidence which supports his claim.)

## CONCLUSION

For the foregoing reasons, and for the reasons set forth in the Opening Brief of Defendants Ptlm Lowe and PFC Buchert, defendants Ptlm Lowe and PFC Buchert respectfully request that summary judgment be entered on their behalf.

**AKIN & HERRON, P.A.**

/s/ Bruce C. Herron
Bruce C. Herron
Attorney I.D. No.: 2315
1500 Shallcross Avenue
Suite 1-A
Wilmington, Delaware  19806
(302) 427-6987
Attorney for Defendants
Ptlm Lowe and PFC Buchert

Dated: May 23, 2007

H:\tmw5\data\files\Docs\3651.038\BRIE\7671.WPD

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID S. YARNALL, | ) | |
| | ) | |
| Plaintiff, | ) | CONSOLIDATED |
| | ) | |
| v. | ) | CIV. No.: 05-527-SLR |
| | ) | |
| CPL. ANTHONY MENDEZ, DELAWARE | ) | CIV. NO.: 06-501-SLR |
| STATE POLICE – TROOP 7, PTLM | ) | |
| LOWE, UNKNOWN OFFICERS WHO | ) | CIV. NO.: 06-529-SLR |
| RESPONDED TO SCENE OF | ) | |
| MILLSBORO POLICE, AND PFC | ) | |
| BUCHERT, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

I **HEREBY CERTIFY** that on this 23rd day of May, 2007, a copy of **DEFENDANTS PTLM LOWE'S AND PFC BUCHERT'S REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** was mailed first class to the following party:

David S. Yarnall
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

and was electronically filed with the Clerk of the Court using CM/ECF which will send notifications of such filing(s) to counsel listed below:


Michael W. Tupman, Esquire
Department of Justice
102 West Water Street, Third Floor
Dover, DE 19904-6750

**AKIN & HERRON, P.A.**

/s/ Bruce C. Herron
Bruce C. Herron
Attorney I.D. No.: 2315
1500 Shallcross Avenue
Suite 1-A
Wilmington, DE 19806
(302) 427-6987
Attorneys for Defendants
Ptlm Lowe and PFC Buchert

H:\tmw5\data\files\Docs\3651.038\NOS\7673.WPD