TO: OFFICE OF THE CLERK    7/5/07
U.S. DISTRICT COURT
844 N. KING ST LOCKBOX 18
WILMINGTON DE 19801

FROM: DAVID S. YARNALL 548973
S.C.I.
P.O. BOX 500    C.N No: 05-527-SLR
GEORGETOWN DE 19947

To whom it concerns,

Please send me a civil docket for case #: 1:05-CV-00527-SLR. I believe this will be the last one I request since I've made it to summary judgement. Can the court answer this question? How long does summary judgement take?

Sincerely,
David S. Yarnall 548973

05cv527 SLR

**FILED**
JUL 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M: D.S. Valentine 548923 BLDG: Key(1)
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 N. King St- Lockbox 18
Wilmington DE
  19801