OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

July 13, 2007

TO: David S. Yarnall
SBI# 548973
SCI
P.O. Box 500
Georgetown, DE 19947

**RE: Letter received on 7/10/07;
Civ. No. 05-527 SLR**

Dear Mr. Yarnall:

A letter has been received by the Clerk's Office from you requesting a copy of the docket sheet in the above noted civil action. Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. Prepayment should be sent with your request, check or money order payable to **Clerk, U.S. District Court.**

Also note, the motions for summary judgment filed in this case are pending before the Court. You will be notified of any further developments in your case.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rpg

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson