8/4/07

To: Office of the Clerk
U.S. District Court
844 N. King St Lockbox 18
Wilmington DE 19801

From: David S. Yarnall 548973
23207 N. Dupont Hwy
Georgetown DE 19947

cv. No. ~~527~~
05-527-SLR

To Whom it Concerns: Change of Address

I will be at this address for about 6 months, thank you.

Sincerely David Yarnall

2007 AUG -8 PM 12:16
BD scanned
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE



DAVID S YARNALL 5489773
23207 N. DuPont Hwy
Georgetown DE 19947

OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 N. KING ST LOCKBOX 18
Wilmington DE 19801