TO: OFFICE OF THE CLERK                                    9/6/07
    U.S. DISTRICT COURT
    844 N. KING ST  LOCKBOX 18
    WILMINGTON DE 19801

                                        CIV NO : 05-527-SLR

FROM: DAVID S. YARNALL 548973
      23207 N. DUPONT HWY
      GEORGETOWN DE 19947

DEAR MR. DALLEO

IN CASE YOU DIDN'T RECEIVE MY ADDRESS CHANGE,
I AM AT THE Sussex County Community CENTER.
COULD YOU PLEASE SEND A VERIFICATION LETTER
AND ALSO LET ME KNOW IF JUDGE Sue L. Robinson
HAS MY CASE OR CHIEF JUDGE GREGORY SLEET?
I WOULD GREATLY APPRECIATE IT.

FILED
SEP 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

                                        SINCERLY,
                                        DAVID S. YARNALL 548973
                                        S.C.C.C.
                                        23207 N. DUPONT HWY
DATED: 9/6/07                           GEORGETOWN DE 19947

DAVID S. YARNALL SBI 8973
S.C.C.C.
23203 N. DuPont Hwy
Georgetown DE 19947

WILMINGTON DE 197
10 SEP 2007 PM 3 T

U.S.M. St.
X-RAY KI 19801

OFFICE OF THE CLERK
U.S. DISTRICT COURT
PETER DALLEO
844 N. ~~Market St~~
Wilmington, DE ~~19801~~

FWD