IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID S. YARNELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-527-SLR |
| | ) |
| PTLM LOWE, | ) |
| | ) |
| Defendant. | ) |

**ORDER REFERRING MATTER FOR REPRESENTATION**

At Wilmington this 20th day of November, 2007, certain claims of the pro se plaintiff having withstood scrutiny through the summary judgment process;

IT IS ORDERED that:

1. For purposes of representing plaintiff for mediation and trial, the Clerk of Court is directed to attempt to refer representation of plaintiff to a member of the Federal Civil Panel. The court's Standing Order regarding the establishment of a Federal Civil Panel to provide legal representation to indigent parties in certain civil litigation is incorporated by reference.[1] Once trial counsel has accepted representation, he or she shall immediately contact the court and opposing counsel for scheduling purposes.

---

[1] Plaintiff's renewed motion for appointment of counsel (D.I. 129) is granted, consistent with the above.

      2.  Pursuant to 28 U.S.C. § 636, this matter is referred to a Magistrate Judge for purposes of exploring ADR.

          *[signature]*
          United States District Judge