IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID S. YARNALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-527 SLR |
| | ) |
| PTLM LOWE and UNKNOWN | ) |
| OFFICERS WHO RESPONDED TO | ) |
| SCENE OF MILLSBORO POLICE, | ) |
| | ) |
| Defendants. | ) |

### ORDER RECOGNIZING REPRESENTATION

The Court recognizes that Anna Martina L. Tyreus, Esquire, has agreed to represent the plaintiff David S. Yarnall, as counsel of record in the above captioned case. Counsel's representation shall remain in effect until the final determination of this case unless, prior thereto, this order is amended or revoked by further order of the Court.

_____
United States District Judge

DATE: 1/8/08