IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID S. YARNALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-527 SLR |
| | ) |
| PTLM LOWE and UNKNOWN OFFICERS WHO RESPONDED TO SCENE OF MILLSBORO POLICE, | ) ) ) |
| | ) |
| Defendants. | ) |

# ORDER

At Wilmington this 22nd day of January, 2008,

IT IS ORDERED that a telephonic status conference shall be held on **Tuesday, February 5, 2008**, at 9:00 a.m. Counsel for plaintiff shall coordinate and initiate this call.

_____
United States District Judge