IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID S. YARNALL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 05-527 SLR ) |
| PTLM LOWE and UNKNOWN OFFICERS WHO RESPONDED TO SCENE OF MILLSBORO POLICE, | ) ) ) ) ) |
| Defendants. | ) |

# ORDER

At Wilmington this 11th day of February, 2008, having conferred with counsel;

IT IS ORDERED that pursuant to 28 U.S.C. § 636 this matter is referred to a Magistrate Judge for the purpose of exploring ADR.

_____
United States District Judge