IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID S. YARNALL,<br><br>     Plaintiff,<br><br>  v.<br><br>PTLM LOWE and UNKNOWN OFFICERS WHO RESPONDED TO SCENE OF MILLSBORO POLICE,<br><br>     Defendants. | C.A. No. 05-527 (SLR) |

### NOTICE OF APPEARANCE

Please enter the appearance of Stephen J. MacKenzie, Womble Carlyle Sandridge & Rice, PLLC, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801, as counsel of record for the Plaintiff in this action.

                WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

Dated: February 12, 2008   By /s/ Stephen J. MacKenzie
                Stephen J. MacKenzie (#4791)
                222 Delaware Avenue
                Suite 1501
                Wilmington, Delaware 19801
                Telephone: (302) 252-4320
                Facsimile: (302) 252-4330

                Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2008, I electronically filed **NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF,** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

      **VIA EMAIL**

      Bruce C. Herron
      Akin & Herron, P.A.
      1500 Shallcross Avenue, Suite 1-A
      Wilmington, DE 19806
      Email: bch@rabhlaw.com

                            /s/ Stephen J. MacKenzie
                            Stephen J. MacKenzie (#4791)
                            Counsel for Defendant