IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **DAVID S. YARNALL** <br><br> Plaintiff, <br> v. <br><br> **PTLM LOWE; MILLSBORO POLICE DEPARTMENT; and PFC BUCHERT** <br><br> Defendants. | Case No. 1:05-cv-527 <br> Hon. Sue L. Robinson <br><br> Consolidated with: <br><br> Case Nos. 1:05-cv-501; 1:05-cv-529 <br> Hon. Sue L. Robinson |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the above captioned parties stipulate to the dismissal with prejudice of the pending claims in this action as follows:

1. David S. Yarnall ("Yarnall"), hereby dismisses with prejudice all of his pending claims against PTLM Lowe, Millsboro Police Department, and PFC Buchert (collectively hereinafter, "Defendants") in Civil Action Nos. 1:05-cv-527, 1:05-cv-501; and 1:05-cv-529.

2. Each of the foregoing parties will be responsible for its own costs and attorneys fees.

Dated this 3rd day of June, 2008.

                                                   DAVID S. YARNALL
                                                   By his attorneys.

                                                   /s/ Anna Martina Tyreus
                                                   Anna Martin Tyreus (DE. # 4771)
                                                   Stephen J. MacKenzie (DE # 4791)
                                                   WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
                                                   222 Delaware Avenue
                                                   Suite 1501
                                                   Wilmington, Delaware 19801
                                                   302-252-4320

PTLM LOWE; MILLSBORO POLICE
DEPARTMENT; AND PFC BUCHERT
By their attorneys.

/s/   Bruce C. Herron
Bruce C. Herron (DE # 2315)
AKIN & HERRON, P.A.
1500 Shallcross Avenue
Suite 1-A
Wilmington, Delaware 19806
302-655-5552